

**THE SUMMIT**
COUNTRY DAY SCHOOL

January 3, 2014

Chuck Steines
930 Apple Blossom Drive
Villa Hills, KY 41017

Dear Chuck,

On behalf of the faculty and staff at The Summit Country Day School, welcome to the Class of 2018. You have been accepted for admission to our *Resources Program*. Please see the enclosed information. You have been carefully selected from one of the largest and most talented applicant pools in our history and will be joining students from over 25 Middle Schools throughout Cincinnati, across the United States and abroad. Your admission to the Upper School brings with it extensive opportunities for involvement in each of The Summit's five pillars: spiritual, academic, physical, social and artistic. We are confident that you will Aim High and make many contributions in The Summit Upper School.

The Upper School provides a superb foundation for success. The atmosphere is grounded in Christian values where every student is made to feel accepted and at home. Other merits include a dedicated faculty, a collegiate schedule with over 20 Advanced Placement courses, independent study opportunities, a personalized four year college counseling program, numerous extracurricular activities, fine arts, leadership and competitive athletic programs. You will be encouraged and challenged to reach your full potential in a joyful learning environment.

To secure your placement in the freshman class, you must complete and return the enclosed Enrollment Contract and Student Registration form along with your $1,000 tuition deposit check made payable to the Summit Country Day School on **Friday, January 17, 2014**. Over the next few weeks you will receive additional information from The Summit about the Upper School scheduling process and extracurricular activities.

In closing, should you have any additional questions, please contact me personally at 871-4700, extension 207, or via email at Schiess_k@summitcds.org. I look forward to welcoming you to The Summit Upper School.

*Welcome Chuck!*

Sincerely,

Kelley K. Schiess
Director of Admission

**EXHIBIT**

1

P.S. *I look forward to seeing you at the Class of 2018 Mass and Brunch on Sunday, January 12, 2014, beginning at 12:00 p.m. You will have the opportunity to meet your new classmates! See the enclosed invitation.*

# THE SUMMIT

## COUNTRY DAY SCHOOL
### New Student Registration 2013-2014

| PLEASE type or use ballpoint pen. |
| --- |

Student's Name: *Charles David* _____  Nickname: *Chuck*

**Grade 2013-2014:** *Eighth*  Entrance Date: *August 2013*

For Montessori please indicate class desired:  3-day A.M. (3 yr. olds only) ___  3-day P.M. (3 yr. olds only) ___  5-day A.M. ___  5-day P.M. ___
All Day 3-day (3-year olds only) ___  All Day (3-4 yr. olds) ___  All Day (5 yr. olds) ___  2-day A.M. (2 yr. olds) ___  3-day A.M. (2 yr. olds) ___
5-day A.M. (2 yr. olds) ___

Birthdate: ██████  Birthplace: _____  Transferred from: *St ___ Villa* School
Sex: *M*  Race: *Multi-rac___* (White, African American, Asian, Hispanic, American Indian, Middle Eastern, multi-racial — list races)
_____  Citizen of: *USA*
Student resides with (adult name/s): _____  Relationship: *Parents*
Student resides at (street address): _____
Street address: _____
City: *Villa Hills*  State: *KY*  Zip (9-digit): _____  County: _____
Home Phone: _____  Emergency Phone: _____  Emergency contact name: _____
**For Montessori children only:** Additional emergency contact name and number (other than parent): _____
Email: _____  Correspondence to be addressed to (name/s): _____
Address (*if different from student's*): _____
Religion: _____  Parish or Church: *St Joseph*
  *If applicable:*
  Baptism Place: _____  Date: _____
  First Communion Place: _____  Date: _____
  Confirmation Place: _____  Date: _____
**Public school district in which parent/student resides:** _____

☒ Please publish student's name, parents' names, address(es) and phone number(s) in school directory.  ☐ Do not publish

**Parent Information:**
Father (*if living*): *Michael D ___*  Nickname: *Mike*
  Company Name: _____  Work _____  Cell Phone: _____
  Company Address: _____  Type of Business: _____
  Occupation: _____  Title: _____
  Attended The Summit? *No*  Grades: _____  Grad. Year: _____

Mother (*if living*): *Amy ___*  Nickname: _____
  Company Name: _____  Work _____  Cell Phone: _____
  Company Address: _____  Type of Business _____
  Occupation: _____  Title: _____
  Attended The Summit? *No*  Grades: _____  Grad. Year: _____
  Maiden Name: _____

Billing Name and Address (*if different from student's home address*):
  Name: _____
  Address: _____
Custody of child (*if applicable*): _____
List any legal restrictions: _____
Guardian (*if applicable*): _____
  Home Address: _____  Phone: _____
  Business Address: _____  Phone: _____
Duplicate mailing requested to: _____  Relationship to student: _____
  Address: _____

**Children in the family:**
Name: _____  Birthdate: *8/10/___*  School: _____  Grade: _____
_____
_____
_____

Signature of parent or guardian: _____  Date: _____

**Steines_000023**

**Ex 1-2**

St. Xavier High School: Admissions Calendar

Page 1 of 2



contact/directions    edline    quicklinks ⌄    search                    ›

About St. X    Academics    Admissions    Athletics    Campus Life    Supporting St. X

Tools : ✉ 🖨 +A | A-

- Admissions Calendar
- Frequently Asked Questions
- Life at St. X
- Admission and Application
- Visiting St. X
- Tuition
- Entrance Exam
- Transferring to St. Xavier
- Summer School Offerings



Home > Admissions > Admissions Calendar

## Admissions Calendar - Class of 2018

**September**

3:  Class of 2018 X-perience Day (shadowing) Online Registration Active
7:  Su Casa Hispanic Festival, Hamilton County Fairgrounds, 1:00p - 4:00p
8:  Su Casa Hispanic Festival, Hamilton County Fairgrounds, 1:00p - 4:00p
20:  Classes of 2020 (5th) and 2021 (6th) Football Tailgate Party, St.Xavier High School, 6:00p - 7:15p
22:  Queen City Foundation Fair, Xavier University, 1:00p - 4:00p

**October**

8:  X-perience Night, Holy Companions Chapel, 6:30p - 8:00p
10:  X-perience Night, Holy Companions Chapel, 6:30p - 8:00p
15:  X-perience Night, Holy Companions Chapel, 6:30p - 8:00p
17:  X-perience Night, Holy Companions Chapel, 6:30p - 8:00p
24:  X-perience Night, Holy Companions Chapel, 6:30p - 8:00p
29:  X-perience Night, Holy Companions Chapel, 6:30p - 8:00p

**November**

2:  HSPT Prep Course, St. Xavier High School

- Session I    8:00a - Noon
- Session II   12:30p - 4:30p

9:  HSPT Prep Course, St. Xavier High School

- Session I    8:00a - Noon
- Session II   12:30p - 4:30p

17:  Open House, St. Xavier High School, 11:30a - 2:30p
23:  Entrance Exam & Parent Meeting, St. Xavier High School, 8:30a - Noon

**December**

2:  Make-up Entrance Examination (Reservation Required), St. Xavier High School, 12:30p - 4:00p
9:  Class of 2018 Application Deadline

**January**

3:  Class of 2018 Notification Letters Mailed
4-8:  NO CONTACT / QUIET PERIOD (mandated by the Archdiocese of Cincinnati)
13:  UNDECIDED Open House
16:  St. Francis Xavier Scholars Reception, Walter Deye Performance Center, 6:30p - 7:30p
19:  Multicultural Candidates Reception, St. Xavier High School, 1:00p - 4:00p
24:  Class of 2018 Registration Deadline

### X-perience Days (Shadowing)

*October:*



**Admissions**

follow us on twitter

Search @stxinfo



Steines_000024014

**Ex 1-3**

**PROSPECTIVE STUDENTS**

Archbishop Moeller High School                                    Page 1 of 1



Login   Contact   Alumni   Search

Home   About Moeller   Calendars   Academics   Admissions   Athletics   Campus Life   Support Moeller

Home > Admissions

Admissions Checklist

Application - Class of 2018

Class of 2018 Information

Entrance Test Registration - Class of 2018

Entrance Test Prep Camp - Class of 2019

Financial Aid

Scholarships

Freshman Course Registration

House System

Information Sessions

   Important Dates - Class of 2018

Open House

Shadowing Program

Special Education Services

Transfer Students

School Profile

Video

## Important Dates: 2013-14

Open House – Sunday, November 3, 2013

High School Placement Test – Saturday, November 23, 2013

Applications Due: Class of 2018 – Monday, December 2, 2013

Financial Aid & Named Scholarships Applications – Monday, December 2, 2013

Acceptance Letters Mailed – Friday, January 3, 2014

8th Grade Day – Friday, January 10, 2014

Registration: Class of 2018 – Friday, January 17, 2014   

**To schedule a shadow visit or for more information, please:**

**CLICK HERE to send an email to the Office of Admissions.**



**MOELLER's secret of success**
*Father Chaminade, Founder of the Society of Mary*

"The true secret of success in any work is to interest the Blessed Virgin in it."

9001 Montgomery Road Cincinnati, OH 45242 | Phone 513.791.1680 | Fax 513.792.3343

Home | Contact | Directory | Donate!    MOETube

Steines_000025

**Ex 1-4**

**Roxanne Price**

| | |
|---|---|
| **From:** | Greg Dennis <dennis_g@summitcds.org> |
| **Sent:** | Thursday, February 13, 2014 12:27 PM |
| **To:** | Roxanne Price |
| **Cc:** | Deborah Moore; Dan Ross; Terry Malone |
| **Subject:** | RE: Request for Exemption to the Section 6 Residence |
| **Attachments:** | Chuck Steines Letter to OHSAA.docx; OHSAA Steines.docx |

Roxanne,
Please see attached,
This is the case that I talked with you about on 1/31/14.
I am submitting this at the request of the family.

Please feel free to contact me if you have any questions or need any additional information.

Greg



**Gregory G. Dennis** | Athletic Director
**The Summit Country Day School**
2161 Grandin Road | Cincinnati, OH 45208
513.871.4700 x 252 | Fax: 513.533.5372 | Mobile: 513.616.1579

*Educating Leaders of Character Since 1890*

THE SUMMIT
COUNTRY DAY SCHOOL

website | email | map   

## GO KNIGHTS !!!!!!!

**From:** Roxanne Price [mailto:rprice@OHSAA.ORG]
**Sent:** Wednesday, February 12, 2014 12:49 PM
**To:** Greg Dennis
**Cc:** Deborah Moore; Dan Ross
**Subject:** FW: Request for Exemption to the Section 6 Residence

Greg:
Dr. Ross forwarded your email below to me. Dr. Ross does not address eligibility issues. He has charged me and Dr. Moore to address issues in regard to a student's ability to participate in interscholastic athletics at a member school.

There appears to be a link at the bottom of Mr. Steins email to a letter, but I am unable to open any correspondence. I will advise you that in regard to student eligibility, Debbie nor I can waive a bylaw nor can we make any exception where none exists. The only exceptions that are permitted in regard to an eligibility issue are those specifically codified within the bylaws. We have continued to be advised by our attorney that to make any exception where none exists would make our decisions "arbitrary" and thus call into question all our eligibility decisions. All students fall under the same set of rules and exceptions.

You will have to resend any correspondence intended for Dr. Ross to me or to Dr. Moore.
Roxanne

*If I were to read, much less answer, all the attacks made on me, this ship might as well be closed for business. I do the very best I know how, the very best I can, and I mean to keep doing so until the end. If the end brings me out right, what is said against me

1

000002

**Ex 1-5**

won't amount to anything. If the end brings me out wrong, ten angels swearing I was right will make no difference."-- Abraham Lincoln

*Roxanne Price, Assistant Commissioner*

*614.267.2502 phone*
*614.267.1677 fax*
*4080 Roselea Place*
*Columbus, OH 43214*



**From:** Dan Ross
**Sent:** Wednesday, February 12, 2014 7:49 AM
**To:** Roxanne Price
**Subject:** FW: Request for Exemption to the Section 6 Residence

**From:** Michael Steines [mailto:mdsteines@gmail.com]
**Sent:** Tuesday, February 11, 2014 1:09 PM
**To:** Greg Dennis
**Cc:** Dan Ross; Terry Malone; Ann M Steines
**Subject:** Re: Request for Exemption to the Section 6 Residence

Thanks again Greg. Your partnership and advocacy is very much appreciated.

Mike

**Michael Steines,** Chairman, Cincinnati IMS | Institute for Management Studies
513-384-8454 | cincinnati@ims-online.com | www.ims-online.com

On Feb 11, 2014, at 12:50 PM, Greg Dennis wrote:

Dr. Ross,
I hope that this email finds you and your office staff all in the best of health and keeping warm with this long cold winter that we have been dealing with.

Attached please find a formal letter from The Summit Country Day School requesting an exemption for Charles Steines. I am sure once you have a chance to review all of the information attached you will see that this is something that deserves serious consideration.
Thanks you for your time dealing with this matter and we look very much forward to hearing from you,

Greg

<image002.jpg>**Gregory G. Dennis** | Athletic Director
**The Summit Country Day School**

2

000003

**Ex 1-6**

2161 Grandin Road | Cincinnati, OH 45208
513.871.4700 x 252 | Fax: 513.533.5372 | Mobile: 513.616.1579

*Educating Leaders of Character Since 1890*

website | email | map  <image004.png>  <image006.png>  <image008.png>  <image010.png>  <image012.png>

**GO KNIGHTS !!!!!!!**

<Chuck Steines Letter to OHSAA.docx><OHSAA Steines.docx>

000004

**Ex 1-7**

Daniel B. Ross, Ph.D.
Commissioner
Ohio High School Athletic Association
4080 Roselea Place
Columbus, OH  43214

February 10, 2014

Dear Dr. Ross,

I am writing today to ask for your consideration in granting an exemption to the residency requirement for our son, Chuck Steines.

In 1998 my wife, Ann, and I moved back to the area choosing to buy a home in Villa Hills, KY to be near my in-laws who had volunteered to help with raising any children we might have in the future. In 1999, our son Chuck was born. We noticed that while in Kindergarten, at a school in Villa Hills, KY, Chuck would come home from school exhausted and unhappy. We had him tested for learning disabilities with a pediatric psychologist in February of 2005. She administered the Wischer-IV series of tests and concluded that he had learning disabilities. For first-time parents this was difficult news for us, especially since we both had been able and determined students who had gone on to receive advanced degrees. Though we didn't feel fortunate, the psychologist told us we were very lucky because Cincinnati had a school exclusively for children with learning disabilities – one of less than two dozen in the nation, Springer School (grades 1-8). We visited the school and knew immediately that this would be the best place for Chuck, providing him the resources, technology, support and positive atmosphere that no other school, public or private, could match. We enrolled him in first grade at Springer.

At first it was very difficult for Chuck. Rides home from school included the question, "When can I go back to my school?" However, within a couple of months, we could easily see a very positive change in Chuck. He was no longer exhausted and unhappy. Instead, he was a very happy boy who loved his new school. He thrived academically and socially. The reports from his teachers as well as other staff, even from some who didn't interact with him officially, were consistently very positive. Stories of kindness to others, politeness to adults, and even leadership among his classmates were relayed to us.

However, Chuck still had a long way to go academically. Each December, during Parent/Teacher conferences, Springer makes a recommendation as to whether the student should continue at Springer the next school year or begin the transition to a new school. After five such conferences, we suspected that Chuck would be attending Springer for all eight grades. During his sixth year, the teachers and staff at Springer surprised us with the news that they believed that Chuck was ready to leave Springer if, and only if, we could find a school that could offer the significant support that he needed to succeed.

A diligent search of schools both in KY and in OH resulted in our selecting St. Ursula Villa in Cincinnati. Small class sizes with very engaged teachers as well as one period each day, called Communication Arts or "CA", supervised by a Learning Intervention Specialist and devoted to reviewing challenging material, organizing homework and

preparing for tests, plus the ability to use a laptop PC during class (something that served Chuck very well in sixth grade at Springer), as well as a strong reputation for academics, indicated to us that this was the best school for Chuck. We enrolled him in seventh grade at St. Ursula Villa.

At St. Ursula Villa (SUV), Chuck worked harder than ever. It was not unusual for him to have 3-4 hours of homework each night during his first trimester as he adjusted to the more rigorous curriculum. He was determined to do well – and he did. He earned Second Honors (minimum B average with no grade lower than a C) in all three trimesters of seventh grade. During the third trimester, his GPA was 92.6. He was very proud of his accomplishments, as were we. It is hard for us to believe how far he has come.

It is important to remember, however, that Chuck has significant support. The CA class and the daily use of a laptop, in addition to small class sizes and engaged, caring teachers, create an environment that allows Chuck to succeed. As we discussed possible high schools for Chuck with his SUV teachers and staff, they strongly suggested that a similar environment would allow Chuck to achieve his highest learning potential.

Again, we conducted a thorough review of high schools in both KY and OH. The high school that was most similar to St. Ursula Villa was The Summit Country Day School in Cincinnati. In many ways, The Summit replicated the learning environment of SUV, with small class sizes, a resource program similar to SUV's CA (offered five days every two weeks), a technology platform that permitted and supported the use of laptops and electronic notebooks, and a strong reputation for academics. Plus it offers a college guidance (Four Year Advisory) program that is considered to be among the best in the Cincinnati area – a key benefit for a student with learning disabilities.

There is one high school in Northern Kentucky with a support program, technology platform and individual, caring attention that could work for Chuck: Holy Cross High School in Latonia. However, their academic reputation and college placement program do not compare favorably with The Summit.

After spending many days and hours visiting schools, talking with staff as well as parents of current students and alumni, we feel strongly that the very best school for meeting Chuck's learning needs, both during high school and preparing for college, is The Summit.

Besides academics, sports are also important to Chuck. Learning disabilities often negatively impact a child's social skills and their self-image. His love of sports and natural athletic ability has given him self-confidence and provided an easier way to make friends. For Chuck, sports create opportunities to grow.

Chuck was also accepted at Moeller and St. Xavier high schools in Cincinnati. If sports were our priority Chuck likely would have chosen to attend one of these schools, both with nationally recognized athletic programs. However, sports are not the priority. For

**Steines_000006**

**Ex 1-9**

reasons previously mentioned, we believe The Summit will provide a better learning environment for Chuck.

To sum up, since the discovery of Chuck's learning disabilities we have tried to chart the best course for Chuck to reach his full potential academically and socially, beginning in first grade at Springer School, then onto St. Ursula Villa, and finally to The Summit Country Day School for high school. We are convinced that we have made the right choices for Chuck.

(By the way, our choices have meant sacrifices for our family. Springer averaged approximately $18,000 - $19,000 in tuition and expenses during each of the six years Chuck attended. SUV averaged over $10,000 in tuition and expenses during Chuck's two years there. The Summit is approximately $20,000 for tuition. All tolled, by high school graduation, we will have spent nearly $200,000 on Chuck's education. We have not received any financial assistance, and because we live in Kentucky we did not qualify for Peterson Scholarship dollars.)

OHSAA Bylaw 4-6-3 Out of State Residence Exception 3 allows a student who enrolls at first grade in a school consisting of grades 1-12 school and who maintains continuous enrollment to be eligible for interscholastic athletics in grades 7-12 regardless of place or state of residence of parents. But what if that student were diagnosed with learning disabilities? There simply is no single school consisting of grades 1-12 in the Cincinnati area for children with learning disabilities. Or what of students with learning disabilities who are able to "graduate" prior to the end of eighth grade from a 'learning disabilities only' school and transition to a more traditional school that offers additional needed support and technology? What if the parents consistently placed that student in the very best school for him, regardless of cost or inconvenience? Currently, OHSAA does not provide a path for out-of-state students with learning disabilities to participate in high school sports in Ohio.

Chuck has attended Ohio schools since first grade, just like those students covered by Exemption 3. I would venture to guess that the reason most out-of-state parents choose to send their child to an Ohio school is that they are convinced it is the very best school for their child. The difference in Chuck's case is that instead of attending one *school*, Chuck will have attended three different schools for one *reason* – to provide the very best education for Chuck *at every stage of his development*.

Additionally, the path from Springer to SUV to The Summit is not an unusual one. A number of Springer "graduates" who have left early (before the end of eighth grade), have transitioned to St. Ursula Villa. Further, each year typically 10% - 20% of SUV's graduating class goes on to The Summit. This year six of 36 SUV eighth graders will do so. It should be noted that half of The Summit's incoming freshmen class each year comes from outside The Summit's junior high school.

The costs of moving from northern Kentucky to Cincinnati while no different for us than other parents are considerable and should be mentioned.

The estimated costs of moving from KY to OH include the following:
- Difference in comparable real estate (similar commute) … $200,000 - $300,000+
- Actual move.......................…………………………………… $15,000 - $20,000
- Increase in tuition at new school for daughter……………….……………$5,000

There are also intangible costs:
- Pulling our 9-year old daughter out of the school she has attended since Kindergarten, St. Joseph's, Crescent Springs, KY
- Placing her in a new school
- Moving away from in-laws who continue to provide care for our children
- Leaving our church, St. Joe's, Crescent Springs, KY
- Leaving neighbors and friends


Our request is that Chuck, an Ohio student since first grade, be granted an exemption to the Residence Bylaw based on the reasons cited above. In addition, we ask that consideration be given to expanding Exemption 3 such that out-of-state students with learning disabilities be provided a path that allows them to compete in interscholastic sports, consistent with the spirit of Exemption 3 that allows other longtime Ohio students who reside out of state the opportunity to play sports in Ohio.

Thank you for your time and consideration.

Sincerely,


Ann and Mike Steines
930 Apple Blossom Drive
Villa Hills, KY 41017
859-426-1124 (H)
Ann 859-466-3310 (M)
Mike 513-384-8454 (M)

Steines_000008

**Ex 1-11**

 **Fwd: Request for Exemption to the Section 6 Residence**
Michael Steines  to Ann M Steines          04/01/2014 08:36 PM

2 attachments



Chuck Steines Letter to OHSAA.docx OHSAA Steines.docx

Begin forwarded message:

> From: Greg Dennis <dennis_g@summitcds.org>
> Subject: Request for Exemption to the Section 6 Residence
> Date: February 11, 2014 12:50:41 PM EST
> To: "'dross@ohsaa.org'" <dross@ohsaa.org>
> Cc: Terry Malone <malone_t@summitcds.org>, "Michael Steines (
> mdsteines@gmail.com)" <mdsteines@gmail.com>
> Dr. Ross,
> I hope that this email finds you and your office staff all in the best of health and keeping warm
> with this long cold winter that we have been dealing with.
>
> Attached please find a formal letter from The Summit Country Day School requesting an
> exemption for Charles Steines.
> I am sure once you have a chance to review all of the information attached you will see that this
> is something that deserves serious consideration.
> Thanks you for your time dealing with this matter and we look very much forward to hearing
> from you,
>
> Greg



## THE SUMMIT
COUNTRY DAY SCHOOL Gregory G. Dennis | Athletic Director
The Summit Country Day School
2161 Grandin Road | Cincinnati, OH 45208
513.871.4700 x 252 | Fax: 513.533.5372 | Mobile: 513.616.1579

Educating Leaders of Character Since 1890

**Steines_000015**

**Ex 1-12**

website | email | map 

GO KNIGHTS !!!!!!!

Michael Steines ☐ Chairman, Cincinnati IMS ☐ Institute for Management Studies
513-384-8454 ☐ cincinnati@ims-online.com ☐ www.ims-online.com

Steines_000016

**Ex 1-13**

February 11, 2014

Mr. Daniel Ross
Commissioner
Ohio High School Athletic Association
4080 Roselea Place
Columbus, OH 43214

Re: Charles (Chuck) Steine, (Request for Exemption to the Residence)

Dear Mr. Ross,

I am writing with a request for you to consider granting an exemption to the residency requirement for an incoming Summit Country Day Student with a learning disorder

Chuck has been attending The Springer School in Ohio since the first grade.

If you are not familiar with The Springer School, it is a school exclusively for students with special needs. Springer's enrollment includes students from Ohio, Kentucky and Indiana.

One of the focuses of the school is to prepare the students to move on to main stream schools where they can continue to experience academic success and make the adjustments socially.

The Summit's small classroom size, along with the resource department, offers a very similar experience as that provided by The Springer School.

Ann and Mike Steines are looking to provide a learning environment for Charles that will also allow him to be able to have a full high school experience by participating in high school athletics.

Please see the attached letter parents.

Thank you for your time and help with this matter.


Yours in sport,


Greg Dennis

Steines_000017

February 11, 2014

Mr. Daniel Ross
Commissioner
Ohio High School Athletic Association
4080 Roselea Place
Columbus, OH 43214

Re: Charles (Chuck) Steine, (Request for Exemption to the Residence)

Dear Mr. Ross,

I am writing with a request for you to consider granting an exemption to the residency requirement for an incoming Summit Country Day Student with a learning disorder

Chuck has been attending The Springer School in Ohio since the first grade.

If you are not familiar with The Springer School, it is a school exclusively for students with special needs. Springer's enrollment includes students from Ohio, Kentucky and Indiana.

One of the focuses of the school is to prepare the students to move on to main stream schools where they can continue to experience academic success and make the adjustments socially.

The Summit's small classroom size, along with the resource department, offers a very similar experience as that provided by The Springer School.

Ann and Mike Steines are looking to provide a learning environment for Charles that will also allow him to be able to have a full high school experience by participating in high school athletics.

Please see the attached letter parents.

Thank you for your time and help with this matter.


Yours in sport,


Greg Dennis

000005

**Ex 1-15**



# OHIO HIGH SCHOOL ATHLETIC ASSOCIATION

### Daniel B. Ross, Ph.D., Commissioner

February 24, 2014

Mr. Mark Steines
930 Apple Blossom Drive
Villa Hills, KY. 41017

Dear Mr. Steines:

We are in receipt of your correspondence in regard to the eligibility of your son, Chuck Steines, to participate in interscholastic athletics at Summit Country Day, a high school that is a member of the OHSAA.

Your correspondence indicates that your family and you reside in Villa Hills, Kentucky. OHSAA Bylaw 4-6-3 indicates, "A student whose parents reside outside the state of Ohio is ineligible for interscholastic athletics in a member school…" Thus, the bylaw itself indicates that any student whose parents reside outside of the state of Ohio is ineligible for interscholastic athletic participation at a member school. Much like the Peterson Scholarship, the privilege of participation extends to those students who have a parent who resides in the state of Ohio, but unlike the Peterson Scholarship, the membership of the OHSAA has carefully crafted 10 exceptions a student may meet to have the privilege of interscholastic participation at a member school. None of the 10 exceptions excludes a student with a disability. Nine of the ten exceptions begin with "a student" which would refer to *any* student. There is no language in any of the exceptions to Bylaw 4-6-3 that denies an opportunity for a student to meet the exception because of a learning disability.

There is also a misconception about exception 1. Exception 1 should not be interpreted to mean a single school building that encompasses grades 1-12. Exception 1 is interpreted as a single school system. Thus a student who enrolls in a Cincinnati Public School in grade one and continues to be enrolled in Cincinnati Public schools through the appropriate grade level could meet exception 1, and the same is true of a student who enrolled at a non-public school in grade one and maintained continuous enrollment in the non-public school system.

Exception 4 to Bylaw 4-6-3 indicates "a student who resides within the boundaries of a parochial school system consisting of grades 1-12 that has multiple sites organized into elementary schools (1-8) and secondary schools (9-12), and who has enrolled by fourth grade level of an elementary school in that system and has maintained continuous enrollment in that school system through grade 8, shall be eligible for interscholastic athletics in grades 9-12 provided the secondary school attended by the student is the school designated by the school system for the continuance of the student's educational program." If St. Ursula Villa is a part of the same parochial system as Summit Country Day and your son had enrolled by fourth grade level into St. Ursula Villa and maintained continuous enrollment through grade 8, he would have been entitled to participation opportunities at Summit Country Day. Any student who had attended any school outside of the parochial system after grade four, whether it be a public school, independent school, etc. would not be able to utilize exception 4 to Bylaw 4-6-3. OHSAA bylaws and their exceptions are not arbitrarily applied.

**Steines_000013**

**Ex 1-16**

Any student, whether a "child with a disability" or not a "child with a disability" whose parent(s) does not live in Ohio, and would be similarly situated in regards to not meeting one of the ten exceptions to Bylaw 4-6-3 would not be granted a participation opportunity at an OHSAA member school.

Your son, Chuck, does not meet an exception to bylaw 4-6-3; therefore, he would not be eligible for athletic participation in an OHSAA sanctioned sport at Summit Country Day.

I wish you and your family well.

Regards,

*Roxanne M. Price*

Roxanne M. Price, Assistant Commissioner, OHSAA

C: Dr. Dan Ross, Commissioner
   Mr. Gregory Dennis, Athletic Director, Summit Country Day

Steines_000014

**Ex 1-17**



**OHSAA re Chuck Steines: REQUESTING YOUR PERSONAL ATTENTION**

Michael Steines   to   dross         03/07/2014 09:30 AM

Cc :   Greg Dennis, Terry Malone, Ann M Steines

From:    Michael Steines <mdsteines@gmail.com>
To:      dross@ohsaa.org,
Cc:      Greg Dennis <dennis_g@summitcds.org>, Terry Malone <malone_t@summitcds.org>, Ann M Steines <ann.steines@macys.com>

1 attachment

OHSAA Steines.docx

Daniel Ross, Ph.D.
Commissioner
Ohio High School Athletic Association
4080 Roselea Place
Columbus, OH 43214
March 7, 2014
Dear Dr. Ross,

On February 10, 2014, I wrote a letter to you copying Roxanne Price and The Summit Country Day School's Athletic Director, Greg Dennis. The letter
asked for consideration to allow our son to play interscholastic sports in Ohio even though we are Kentucky residents. A copy is provided at the
bottom. On Friday, February 24th, I received a response from Roxanne Price. Ms. Price's letter simply told us what we already knew. That is,
given our son's situation, he does not qualify under the current ten exceptions to Bylaw 4-6-3. Not wishing to begin a back-and-forth series of
letters with Ms. Price, I am asking you to personally consider my family's situation.

As Ms. Price explained in her response, there are two exceptions that might have applied to our son. Exception 1 allows a non-resident student to play
interscholastic sports in Ohio if that student attended a public school system in Ohio beginning in grade one and continuing into high school.
Exception 4 indicates that a student who was enrolled by fourth grade level of an elementary school in a parochial system and maintains continuous
enrollment through eighth grade, shall be eligible for interscholastic athletics in grades 9-12 provided that the high school is part of the same
parochial school system as the elementary school. As our son began attending a parochial school (St. Ursula Villa, Cincinnati) in 7th grade,
is attending the same school now (in 8th grade), and will attend a parochial high school (Summit

**Steines_000001**

**Ex 1-18**

Country Day School) in the same system
(Archdiocese of Cincinnati), I would like to focus on Exception 4.

As noted by Ms. Price, had our son Chuck attended St. Ursula Villa beginning in 4th grade he
would have qualified under Exception 4. I'd like
to explain why sending Chuck to St. Ursula Villa beginning in 4th grade would have been a
terrible choice.

In his mainstream all day Kindergarten class in Kentucky, Chuck was frustrated. He often came
home exhausted and unhappy. In the second half
of his Kindergarten year, Chuck was diagnosed with learning disabilities. This was difficult news
for two parents with advanced degrees. However, we
soon learned that there was a very special school in Cincinnati exclusively for children with
learning disabilities - The Springer School (grades 1-8).
It was a place expert in teaching each child in a way that worked with his/her specific learning
disabilities. It was also a place where the
students were constantly supported and never made to feel inferior. In short, a school where they
could grow academically and socially. Compared
to some public schools where such children spend an hour a day in a 'special' trailer or an hour
after school in a parochial elementary
school's remedial program, there is simply no comparison. Springer is the only such school in
southwest Ohio. Springer students come from 60
+ different zip codes in Ohio, Kentucky and Indiana, and from as far away as almost two hours
one way. After spending several hours visiting with
the staff and administration at Springer, and observing the students in their classrooms, it was
became clear there was simply no other school that
could provide Chuck with what he needed educationally or socially. We enrolled Chuck in 1st
grade at Springer.

Midway through each school year, parents meet with teachers, staff and administrators to discuss
the student's progress and recommend that the
student 'graduate' from Springer or return for the following school year. Each year for the first
five grades, Chuck's teachers and the staff and
administration recommended that he return to Springer for the next school year. Given our
observations of Chuck's development and continued
challenges, we always agreed. To our surprise, midway through Chuck's sixth grade, the school
recommended that Chuck transition a traditional
mainstream school for seventh grade if that school had appropriate support programs. After
doing considerable due diligence, both in Kentucky and
Ohio, we determined that the best choice by far was St. Ursula Villa. We enrolled Chuck in 7th
grade at St. Ursula Villa.

Referring back to Exception 4, in order to qualify under this exception, Chuck would have had to
start attending St. Ursula Villa in the 4th grade.
That would have meant missing three school years (4th - 6th grades) at Springer. Such a

**Steines_000002**

decision would have been disastrous for his development.

In no way was Chuck ready at that point to transition to a mainstream school regardless of the support programs it offered.  He needed Springer.

The school's teachers, staff and administrators and his parents were in complete agreement - and not just for 4th grade but for 5th and 6th as
well.

It should be noted that had Chuck stayed continuously at Springer for grades 1-8, there is no current exception to Bylaw 4-6-3 that would have allowed
him to play interscholastic sports in Ohio.  It is hard to believe or accept that because Springer is neither a public school nor a parochial school, no
out-of-state child with a learning disability who attends Springer beyond 3rd grade could ever qualify to play interscholastic sports at any Ohio high school.

That, in my opinion, is an omission that unfairly penalizes students with learning disabilities.

In researching high schools for Chuck, my wife and I performed considerable due diligence both in Ohio and Kentucky.  We felt strongly that The Summit
Country Day School, with its small class sizes, strong reputation for academics, college counseling program that begins freshman year, plus a supporting
Resource program for students with learning disabilities, was most similar to St. Ursula Villa and the best fit for Chuck.

It is my hope that you understand and agree that we have made the right choices for Chuck's education given his challenges.  It is also my hope
that you would agree that in making such decisions, all as a result of a student's learning disabilities and his parents' desire to provide the best
education for him at every stage of his development,  should not result in a family being penalized with a costly house move, substantially higher
real estate prices and therefore higher mortgage payments, and a general disruption to a family's life that such a move would entail. These have
very real and significant financial implications to our family.  I cannot understand how granting an exemption in Chuck's situation would in
any way undermine what the OHSAA rules about residency is designed to prevent.  Chuck did not and has not attended schools in Ohio for the
purpose of playing sports.  He has never received any scholarship dollars or financial aid, nor is he receiving any aid to attend The Summit.  It is clear
from his schooling history that the schools were all chosen based on his well documented learning disabilities and in close consultation with specialists
and school officials.  It should also be noted that our school choices for Chuck will total approximately $200,000 by the time he graduates high school.

One final thought:  Suppose that Chuck had a twin brother, one without learning disabilities.  For convenience sake, imagine that we sent the
twin brother to Summit Country Day School, which is literally across the street from Springer, beginning in 1st grade.  The twin continues at Summit

**Steines_000003**

**Ex 1-20**

through the first eight grades.  Chuck follows his path - 6 years Springer, 2 years St. Ursula Villa.
Then both attend Summit for high school.  Would
OHSAA really disallow Chuck from participating in interscholastic sports because his situation
is not covered by any of the current ten exceptions
to Bylaw 4-6-3?

Thank you for your time and consideration.  I look forward to hearing from you.

Sincerely,

Michael Steines
930 Apple Blossom Drive
Villa Hills, KY 41017
513-384-8454 (M)
859-426-1124
mdsteines@gmail.com

April 3, 2014

<u>Via Overnight Express Mail and U.S. Regular Mail</u>

Daniel B. Ross, Ph.D.
Commissioner
Ohio High School Athletic Association
4080 Roselea Place
Columbus, OH  43214

Dear Dr. Ross:

As you are aware, I contacted you on March 7, 2014 to request your personal attention to and consideration of the circumstances surrounding my son Chuck Steines' matriculation to The Summit Country Day School this coming fall for high school after having continuously attended two schools in Ohio, Springer School and Center for children with learning disabilities and St. Ursula Villa, from grades 1 through 8 the past eight years (included as Attachment A). This followed our original letter to the Ohio High School Athletic Association (hereinafter "OHSAA") dated February 10, 2014 explaining Chuck's history of a well diagnosed and documented learning disability (Attachment B) and the seemingly perfunctory response received from the OHSAA, which in no way acknowledged Chuck's learning disability or our family's factual circumstances (Attachment C).

More than three weeks have elapsed and to date I have received no acknowledgment or response of any kind from you.  We were hopeful that our request for an exception would be granted as a reasonable accommodation or minimally be met with an invitation to engage in an interactive dialogue.  Unfortunately, neither has occurred.  We find this very surprising since the OHSAA established a Diversity Committee in 2004 whose stated mission is "to actively promote an increased awareness of and a shared commitment to inclusiveness and diversity throughout Ohio's interscholastic athletic community.  It envisions a community where <u>equity is assured regardless of</u> race, ethnicity, gender, sexual orientation, religious affiliation, age or <u>disability</u>." (Emphasis added.)

It is well established that the Americans with Disabilities Act of 1990 (42 U.S.C. §12181) applies to public accommodations, commercial facilities and, most importantly, private entities that offer licensing, certification, or credentialing for secondary or post-secondary education. (See 28 C.F.R. Part 36, §36.102(a)(3).)  Further, places of public accommodation include stadiums, other places of exhibition or entertainment, places of recreation, or other places of exercise or recreation. An underlying tenant of the ADA is that "no individual shall be discriminated against on the basis of disability in the <u>full and equal enjoyment</u> of the goods, services, <u>facilities, privileges, advantages, or accommodations</u> of any place of public accommodation <u>by any private entity</u> who owns, leases (or leases to) or operates a place of public accommodation." (Emphasis added, 28 C.F.R. Part 36, §36.201(a).)

**Steines_000009**

**Ex 1-22**

There is a plethora of case law that clearly establishes high school athletic associations are covered entities under both the Rehabilitation Act of 1973, 29 U.S.C. §794 ("Section 504") and the Americans with Disabilities Act. In fact, a federal district court in the Northern District of Ohio made just such a finding in 1996 regarding the activities of the OHSAA. See *Rhodes v. Ohio High Sch. Athletic Ass'n*, 939 F. Supp. 584, 591 (N.D. Ohio 1996).

The OHSAA regulations provide enumerated exceptions to the Ohio residency requirement based on several considerations including, for example, having continuously attended public school since the 1st grade or parochial school since the 4th grade in Ohio. (See OHSAA Bylaw 4-6-3, Exceptions 1 – 10). None of the exceptions are available for students who attended a school for children with learning disabilities such as Springer School and Center. Denying an exception to participate in high school sporting activities for non-Ohio residents who attended a school for children with learning disabilities when exceptions are granted to non-Ohio residents who attended schools in Ohio for reasons unrelated to disabilities clearly violates the express provisions of 28 C.F.R. Part 36, §36.202(a) Denial of participation...**shall not subject** an individual or class of individuals...**to a denial of the opportunity to participate in or benefit from** the...**privileges, advantages, or accommodations** of a place of public accommodation. See also, 28 C.F.R. Part 36, §36.203(b) Opportunity to participate...**shall not deny an individual with a disability an opportunity to participate in such programs or activities**. (Emphasis added.)

We call your attention to 28 C.F.R. Part 36, §36.204 Administrative methods, which prohibits utilization of standards or criteria or methods of administration that have the effect of discriminating on the basis of disability, as well as 28 C.F.R. Part 36, §36.301 Eligibility criteria (a) ..**shall not impose or apply eligibility criteria that screen out or tend to screen out an individual with a disability from fully and equally enjoying any**...services, **facilities, privileges, advantages or accommodations** unless such criteria can be shown to be necessary for the provision of...services, privileges, advantages, or accommodations being offered. (Emphasis added). Clearly by providing a number of enumerated exceptions to the eligibility criteria for non-Ohio residents unrelated to disabilities but failing to similarly provide an exception for attending a school within Ohio that educates children with learning disabilities violates these provisions.

The OHSAA is expressly required to "**make reasonable modifications in policies, practices, or procedures, when the modifications are necessary to afford...services, facilities, privileges, advantages, or accommodations** ...unless modification would fundamentally alter the nature of...services, facilities, privileges, advantages or accommodations." (Emphasis added.) 28 C.F.R. Part 36, §36.302(a). Since the OSHAA already provides eligibility exceptions to non-Ohio residents, to similarly and equally do so in the case of a learning disabled child who attended an Ohio school designed for children with disabilities will in no way fundamentally impact or alter high school sports in Ohio.

We wish to avoid instituting legal proceedings to enforce the provisions and intent of the Rehabilitation Act and Americans with Disabilities Act and the need to request the U.S. Department of Justice to intervene as it did recently in a disability action against the Illinois High School Athletic Association. It is our hope that this additional information causes the OHSAA to recognize the discriminatory impact of the current exceptions, perhaps through inadvertence, by failing to provide an exception for non-Ohio resident children who previously attended schools in Ohio specifically for children with disabilities such as Springer. We respectfully request and implore the OHSAA to provide our family and son with a waiver to the Ohio residency requirement and thereafter promulgate regulations clearly providing an exception for

2

Steines_000010

participation in high school athletic programs for non-Ohio resident children who previously attended Ohio schools designed for children with disabilities.

The courtesy of a response would be appreciated by April 18, 2014 so that we may consider all available avenues for resolution.


Sincerely,


Mike Steines                          and            Ann Steines
930 Apple Blossom Drive                              930 Apple Blossom Drive
Villa Hills, KY 41017                                Villa Hills, KY 41017
(859) 426-1124                                       (859) 426-1124


Cc:   <u>OHSAA Board of Directors</u>          <u>OHSAA Diversity Committee</u>
      Mark Knapp                          Dr. Bunk Adams
      Beth Hill                           David Alvarado
      Phil Ackerman                       Richard Beal
      Jim Borchik                         Keith Bell
      Tim Cook                            Rey Bradley
      Phil Harris                         Anthony Brown
      Gary Kreinbrink                     Gerald Cox
      Bret Mavis                          Barry Gullen
      Jonas Smith                         Jose Hernandez
      Bruce Brown                         Dr. Deborah Moore
      Sarah Dove                          Steve Neil
                                          Jenny Penn
                                          Roxanne Price
                                          Mike Rotonda
                                          Debra Sawyer
                                          Scott Kaufman
                                          Phil Stevens
                                          Carolyn Woodley

Cc:   Greg Dennis


3

Steines_000011

**Ex 1-24**

Page 1 of 1

 Steines: May 5 2014 Phone Call
Michael Steines
to:
dross
05/06/2014 06:18 PM
Cc:
Greg Dennis
Hide Details
From: Michael Steines <mdsteines@gmail.com>
To: dross@ohsaa.org,
Cc: Greg Dennis <dennis_g@summiteds.org>

Dan,

Your phone call yesterday was appreciated, even though it was your first communication with me since I began this process in early February. However, informing me that you will use OHSAA's referendum process to see if high school athletic directors around the state are willing to correct a violation of law, even if caused inadvertently, was disappointing in several respects. First, I do not believe that any organization (nonprofit, for-profit, private or public) would be permitted by regulators or the courts to decide whether or not it wished to continue a discriminatory practice or policy. Second, there was no consideration for or discussion or dialogue specifically about how best to accommodate our son Chuck, who has diagnosed learning disabilities for which he attended Springer School in Ohio beginning in the 1st grade, so that he is provided equal access to participate in interscholastic athletic programs when he attends The Summit Country Day high school this Fall. No interactive dialogue occurred on this point. You provided no alternate path or option for him.

It is unfortunate that my family is left with no recourse but to pursue this formally, especially when your organization already provides exceptions to residency requirements for other reasons unrelated to accommodating disabilities. It seems to me that time and money could be better spent on making athletic programs available to all kids who go to school in Ohio.

Sincerely,

Mike Steines

**Steines_000012**

**Ex 1-25**

The following are the preliminary minutes from the February 13, 2014, OHSAA Board of Directors Meeting. The Board is expected to officially approve them at its April 10, 2014, meeting.

# OHSAA BOARD OF DIRECTORS MINUTES
## (February 13, 2014)

The Ohio High School Athletic Association Board of Directors held a regularly scheduled meeting at the OHSAA office in Columbus on February 13, 2014. President Mark Knapp called the meeting to order at 9:00 a.m.

The meeting was opened with a prayer led by Bret Mavis and was followed by the Pledge of Allegiance led by Bruce Brown.

**Board Members Present:** Mark Knapp, president; Beth Hill, vice president; Phil Ackerman; Jim Borchik; Tim Cook; Phil Harris; Gary Kreinbrink; Bret Mavis; Jonas L. Smith; Bruce Brown (ex-officio), and Jeremy Marks (ex-officio).

**Administrative Staff Members Present:** Dan Ross, commissioner; Bob Goldring and Deborah B. Moore, associate commissioners; Steve Neil; Roxanne Price, Beau Rugg and Jerry Snodgrass, assistant commissioners, and Tim Stried, director of information services.

**Staff Member Excused:** Jeff Jordan, chief financial officer.

**Others Attending:** Steve Craig, OHSAA legal counsel; Todd Boehm, OHSAA staff; Cameron Jackson, OHSAA intern; Jeff Noble, Ohio High School Baseball Coaches Association; Dick Kerschbaum, Ohio High School Football Coaches Association; Kevin Smith and Casey Milligan, Ohio High School Golf Coaches Association; Barbara Sleek, Ohio High School Softball Coaches Association; Jeff Wobser and Andrea Sorg, Ohio High School Swimming & Diving Coaches Association; Scott Long, Ohio Tennis Coaches Association; Dugan Hill and Jeff Sheets, Ohio Association of Track and Cross Country Coaches; Scott Taylor, Ohio High School Volleyball Coaches Association; Dave Axner, Ohio Association of Secondary School Administrators, and Scott Gerber.

### I. ADOPTION OF AGENDA

Motion by Tim Cook, second by Jonas L. Smith to **adopt** the agenda for the February 13, 2014, Board of Directors meeting.

Motion passed 9-0.

### II. APPROVAL OF MINUTES

Motion by Phil Ackerman, second by Beth Hill to **approve** the minutes from the January 16, 2014, Board of Directors Meeting.

Motion passed 9-0.

### III. FINANCIAL INFORMATION

A. State Office Financial Report

Comptroller Todd Boehm provided the financial report for the OHSAA state office for January. The report is summarized as follows:

| | |
|---|---|
| Balance — December 31, 2013 | $12,984.18 |
| Receipts — January 2014 | 867,119.98 |
| | $880,104.16 |
| Disbursements — January 2014 | 472,801.58 |
| | $407,302.58 |
| Accounted for as follows: | |
| Checking Account Balance per 5/3 Bank (1/31/14) | $489,545.91 |
| | $489,545.91 |
| Less Outstanding Checks | 82,243.33 |
| Balance — January 31, 2014 | $407,302.58 |
| Available Funds — January 31, 2014 | |
| Bank Balance | $407,302.58 |
| Savings Account — January 31, 2014 | 536,328.86 |
| Minus Budget Stabilization | (800,000.00) |
| Working Capital | $143,631.44 |
| Designated Funds | |
| Budget Stabilization | $800,000.00 |
| Board Designated Reserve — January 31, 2014 | 440,141.61 |
| Building Fund — January 31, 2014 | 300,251.65 |
| Total Designated Funds | $1,540,393.26 |

(1)

**EXHIBIT**

**3**

Board of Directors Minutes (2/13/14) — 2

B. District Athletic Boards Financial Report

Comptroller Todd Boehm provided the Board with the financial report for the six district athletic boards through December. The report is summarized as follows:

| District | Checking | Savings | CD | Total Cash | Yr. to Date Gross Revenue | Yr. to Date Gross Expenses | Yr. to Date Net Profit/Loss |
|---|---|---|---|---|---|---|---|
| Central | $84,314 | $146,122 | $0 | $230,436 | $215,214 | $176,322 | $38,892 |
| East | $118,233 | $0 | $50,215 | $168,448 | $28,401 | $43,486 | — $15,428 |
| Northeast | $230,799 | $7,415 | $111,489 | $349,703 | $266,620 | $188,162 | $78,458 |
| Northwest | $119,576 | $0 | $0 | $119,576 | $224,897 | $291,776 | — $66,879 |
| Southeast | $6,702 | $62,456 | $198,492 | $267,650 | $59,233 | $54,440 | $4,793 |
| Southwest | $137,706 | $191,240 | $167,871 | $496,817 | $319,805 | $406,574 | — $86,769 |
| **Totals** | **$697,330** | **$407,233** | **$528,067** | **$1,632,630** | **$1,114,170** | **$1,160,760** | **— $46,933** |

C. 2013 Fall Sports Financial Reports

Comptroller Todd Boehm reviewed the regional and state tournament financial reports for the 2013 fall sports of field hockey, golf, soccer and girls tennis. The net profit or loss for each sport during the past five years follows:

| Tournament | | 2013 Net | | 2012 Net | | 2011 Net | | 2010 Net | | 2009 Net |
|---|---|---|---|---|---|---|---|---|---|---|
| state field hockey | + | $8,769.67 | + | $4,618.47 | + | $2,231.98 | + | $860.77 | + | $4,018.70 |
| state golf* | — | $8,916.24 | — | $7,937.71 | — | $9,645.06 | — | $8,418.31 | — | $15,040.59 |
|     state soccer | + | $77,973.99 | + | $48,402.80 | + | $86,324.54 | + | $89,397.57 | + | $87,302.76 |
|     regional soccer | + | $27,463.85 | — | $20,300.92 | + | $51,806.38 | + | $29,206.64 | + | $36,651.05 |
| total soccer* | + | $66,808.46 | + | $5,935.93 | + | $117,251.08 | + | $101,199.61 | + | $106,574.57 |
| state girls tennis* | — | $5,601.44 | — | $4,745.35 | — | $5,387.55 | — | $2,996.65 | — | $5,967.08 |

* includes all tournament expenses paid by the OHSAA office

Motion by Jim Borchik, second by Bret Mavis to **approve** the financial reports as presented.

Motion passed 9-0.

IV. **INFORMATION ITEMS**

A. Minutes of the Track and Field Advisory Committee Meeting of January 13, 2014

The Board was provided with the minutes of the Track and Field Advisory Committee Meeting of January 13, 2014, which were prepared by the OHSAA's track and field liaison, Dale Gabor. Mr. Gabor reviewed the highlights the previous day with the Board. He said the committee corrected the minutes from the June meeting that should have said in the case of a tie for fourth place in tournament pole vault competition, "one additional attempt would be permitted at the outgoing height before continuing the process of raising (rather than lowering) the bar . . ." He said the National Federation of State High School Associations has given Ohio permission to modify the inspection and verification of poles used in the pole vault to also include a head pole vault judge provided he/she is a registered official. Mr. Gabor said the committee also reviewed three significant rule changes for 2014: clarification of what consitutes undergarments vs. foundation garments; permission to use electronic devices during competition for coaching, and the requirement of pole vault planting box padding, effective in December. In addition, Mr. Gabor said discusson took place over Bylaw 4-7-2, Transfers, and the impact of the 50 percent ineligibility penalty on cross country runners.

B. Minutes of the Sportsmanship, Ethics and Integrity Committee Meeting of January 28, 2014

The Board was provided with the minutes of the Sportsmanship, Ethics and Integrity Committee Meeting of January 28, 2014, and Assistant Commissioner Roxanne Price reviewed the highlights. Among the discussion items were the OHSAA Basketball Foundation Games and the Foundation Student Leadership Conference; developing a mission statement; the American Dairy Association moving sponsorship dollars to support OHSAA sportsmanship efforts, and ideas to enhance the SEI Committee, including staff members going to league/district conferences to obtain ideas from students. Ms. Price said the committee recommended that basketball standout Katie Smith be selected as the 2014 recipient of the OHSAA Ethics and Integrity Award. In addition, recognition was given to Mark Princehorn, athletic administrator at Hilliard Davidson High School who was attending his last meeting after serving since the second year of the committee's inception in the early 1990s.

C. Minutes of the Media Advisory Committee Meeting of January 23, 2014

The Board was provided with the minutes of the Media Advisory Committee Meeting of January 23, 2014, and Director of Information Services Tim Stried reviewed the highlights. He said Commissioner Dan Ross provided the committee with an update on current OHSAA issues, and the committee reviewed the 2013 OHSAA spring and fall tournaments and previewed the upcoming winter state tournaments.

D. Minutes of the OHSAA/OHSFCA Football Tournament Committee Meeting of February 5, 2014

The Board was provided with the minutes of the OHSAA/OHSFCA Football Tournament Committee Meeting of February 5, 2014, and Assistant Commissioner Beau Rugg reviewed the highlights. He said the committee reviewed the 2013 tournament; discussed the seventh division that began in 2013; reviewed tournament

**Ex 3-2**

Board of Directors Minutes (2/13/14) — 3

expenses, and discussed the move to Columbus for the state finals in 2014.

E. Minutes of the Officials Hall of Fame Committee Meeting of January 31, 2014, and the District Association Administrators Meeting of January 31, 2014

The Board was provided with the minutes from two different officiating committees that recently met, and Assistant Commissioner Beau Rugg reviewed the highlights. The focus of the Officials Hall of Fame Committee Meeting of January 31, 2014, was to select the 2014 OHSAA Officials Hall of Fame inductees. Selected to the hall of fame were the late Tim Ahart, Columbus (baseball, volleyball); Tom Burton, Columbus (baseball, basketball, football, softball); Bonnell "Barney" Ellis, Akron (baseball, basketball, softball, volleyball); Jeff Diosi, Dover (baseball, softball); Keith Fisher, New Carlisle (basketball, softball, volleyball); Phil Garcia, Conneaut (baseball, basketball, football, softball, volleyball); Samuel Gomer, Ottawa (track & field); James Heller, Dover (track & field); John Keener, Athens (baseball, basketball, football, softball); Linda Jarvis Kochan, Munroe Falls (basketball, field hockey, volleyball); David May, Elida (baseball, basketball, football, softball); the late David Nash, Urbana (basketball, football); Danner "Beau" Rugg, Columbus (basketball, football); Steven Trout, Wapakoneta (basketball, softball, volleyball), and Kimberly Zaborniak, Millersport (administrator). The hall of fame ceremonies will take place June 14 in Columbus. Among the topics that were discussed during the District Association Administrators Meeting of January 31, 2014, was a lengthy review of the assigners program. Mr. Rugg also said East District administrator Mel McAfee will be retiring following this school year.

F. Minutes of the OHSAA/Ohio State Medical Association Joint Advisory Committee on Sports Medicine Meeting of February 1, 2014

The Board was provided with the minutes from the OHSAA/Ohio State Medical Association Joint Advisory Committee on Sports Medicine meeting of February 1, 2014, and Associate Commissioner Deborah B. Moore reviewed the highlights. She said the committee reaffirmed its position that M.D.'s and D.O.'s should be the only medical professionals who can sign the wrestling skin lesion form. The committee also is reviewing its 2004 position statement on the use of AED's which previously was adopted by the Board of Directors. Dr. Moore said the majority of the discussion centered on use of Priv-IT's electronic pre-participation physical examination form, and she said it was recommended that, should the necessary funding be obtained, the OHSAA adopt the use of the electronic form for students who desire to participate in interscholastic athletics.

G. NFHS Coaches Awards

Associate Commissioner Deborah Moore informed the Board that some head coaches from around the state have been selected as National, Section 2 or Ohio NFHS Coaches Association Coaches of the Year for 2012-13. **National coaches of the year** were James McGill, boys golf, Toledo Ottawa Hills, and Jen Haney, field hockey, Hudson. **Section 2 coaches of the year** were Dugan Hill, boys cross country, Caldwell; Brad Isham, girls swimming & diving, Cincinnati Ursuline Academy; Brian McMichael, girls cross country, Spencerville, and Nancy Miller, girls track & field, Hanoverton United Local. **Ohio coaches of the year** were Mike Bartley, ice hockey, Shaker Heights; Margaret Bernard, girls soccer, Perrysburg; Brian Billings, boys soccer, Whitehouse Anthony Wayne; John Buck, volleyball, Toledo St. Ursula Academy; Greg Dempsey, football, Toledo Central Catholic; Michael Estep, baseball, Wheelersburg; Jerry Goodpasture, softball, North Canton Hoover; Joe Hartkemeyer, girls tennis, Cincinnati Ursuline Academy; Todd Haverdill, wrestling, Brecksville-Broadview Heights; Ed Heintschel, boys basketball, Toledo St. John's Jesuit; Jennifer Jervis, boys swimming & diving, Dayton Oakwood; Natalie Schie, girls golf, New Philadelphia; Jerry Sigler, girls basketball, Sylvania Northview; Mike Teets, boys tennis, Cincinnati Sycamore, and Larry Topp, boys track & field, Minster.

H. Proposals from the Ohio High School Volleyball Coaches Association

Coaches associations in fall sports had the opportunity to present proposals for changes in their sports in January, and the sport of volleyball was deferred until this meeting.  Action on the fall sports proposals will take place at the April 10 Board of Directors Meeting.

The Ohio High School Volleyball Coaches Association made three proposals: 1.) Increase the net height for 7th and 8th grade competition to 7-feet, 4 1/8-inches; 2.) Permit varsity tri-matches to be contested in the best 3-out-of-5 format if all three schools agree, and 3.) Modify warm-up procedures to ensure both teams are not serving across the net at the same time. Scott Taylor represented the coaches association.

I. Update of OHSAA Infractions, Appeals and Legal Issues

The Board of Directors was provided with a list of schools that recently violated OHSAA bylaws or sports regulations. A student-athlete transferred to **Bucyrus High School** in accordance with Bylaw 4-7-2, Exception 1, Transfers. However, Bucyrus failed to obtain a transfer ruling and supply an accurately completed Affidavit of Bona Fide Residence prior to the student's participation. Upon receipt of the accurately completed Affidavit of Bona Fide Residence, the OHSAA has restored eligibility for the student retroactively and prospectively. It has been determined that the student was compelled to transfer as a result of the move. Also, the Affidavit attests that the family plans to make the home their bona fide residence for at

**Ex 3-3**

**Board of Directors Minutes (2/13/14) — 4**

least one year from the date of the OHSAA's ruling, and the Commissioner's Office reminded the school that its administrators have a duty to continually monitor the residential change. In accordance with Bylaw 4-1-1, Administrative Error, Bucyrus High School has been fined $100. **St. Paris Graham Middle School** had a student-athlete in girls eighth grade basketball violate Bylaw 4-4-2, Scholarship, and, in accordance with Bylaw 10-2-1, Forfeitures, the school must forfeit two victorious contests in which the ineligible student participated. **Lockland High School** had a student-athlete in football and boys basketball violate Bylaw 4-3-3, Eight Semesters, when he participated after exhausting the eight-semester limit. In accordance with Bylaw 10-2-1, Forfeitures, the school must forfeit two victorious football contests and five victorious basketball contests in which the ineligible student participated.

The Board was also provided an update on the 37 appeals that have been heard by the OHSAA Appeals Panel in nine dates since August. This is significantly lower that the 77 appeals that the panel had heard by this time last year. Thirteen appeals have been granted by the panel this school year and 21 of the 37 appeals have dealt with the transfer bylaw. In addition, Steve Craig, the OHSAA's legal counsel, provided the Board with an update on cases that are in litigation.

**V. OLD BUSINESS**

A. Approval of Additional Referendum Items for 2014

The Board was provided with a draft of six additional proposed referendum issues that reflect changes to the OHSAA Bylaws after approving two Constitution and six Bylaw referendum items at the December Board of Directors Meeting. Associate Commissioner Deborah B. Moore reviewed the proposals. The Board and staff had been reviewing these proposed changes, and it was recommended that these six Bylaw issues be placed up for referendum vote of the membership. Additional items are being considered by the Board and may be approved at an upcoming Board of Directors Meeting. When placed up for referendum by the Board, OHSAA member schools will vote on the proposals between May 1 and 15, 2014.

1.) **Bylaw 4-3-1, Enrollment and Attendance, Add Exception 8**
This would add an exception that would cover any subsequent changes to the Ohio Revised Code which might affect a student's ability to participate in interscholastic athletics when he/she is not enrolled in and attending a member school.

2.) **Bylaw 4-3-5 and New Bylaw 4-3-6, Enrollment and Attendence — Graduate**
The proposed amendment to Bylaw 4-3-5 and new Bylaw 4-3-6 would clarify the procedures that the Commissioner's Office may utilize in considering whether a student educated in another country may continue to participate in interscholastic athletics in Ohio. New Bylaw 4-3-6 would also provide concrete examples of a student whose program in another country would not be sufficient for graduation from an Ohio high school.

3.) **Bylaw 4-4-4 and Bylaw 4-4-7, Scholarship**
The proposed amendment to Bylaw 4-4-4 would add the word "immediately" before "preceding grading period" to provide consistency to the scholarship bylaw, indicating that grades from the grading period which precedes the participation are the ones which shall be considered. The proposed amendment to Bylaw 4-4-7 simplifies the bylaw by indicating that summer school or other educational options cannot be used to restore eligibility for either high school or 7th-8th grade students who fail to meet the required standards.

4.) **Bylaw 4-6-3, Residence, Exceptions 2 and 4 — Parents Outside Ohio**
In this proposal, Exception 2 would be rewritten to clarify that a student whose parents move outside of Ohio remains eligible for the remainder of the 11th grade year and the senior year provided continuous enrollment is maintained in that high school. The proposed change in language in Exception 4 would clarify that a student must be enrolled in a parochial school of the same system by the beginning of grade four in order to have eligibility in Ohio in a high school in that parochial system.

5.) **Bylaw 4-7-2, Transfers,Exception 3 — School Closes**
This proposal would add language to clarify that once a student enrolls in another high school, the student's eligibility is at that high school insofar as transfer is concerned. In addition, notes would be added to refer members to Bylaw 4-7-4 when closings within a multiple high school public school district occurs and indicates that the exception does not apply to community schools or non-chartered non-public ('08) schools.

6.) **Bylaw 4-7-2, Transfers, New Exception 7 — Anti-Harassment, Anti-Intimidation, Anti-Bullying**
This proposed exception would address cases of severe harassment, intimidation and/or bullying that place a student's health and welfare in jeopardy should the student continue enrollment at a high school. Consideration for this exception would require documentation from the school in accordance with established Ohio Department of Education or Board of Education/governing board policies as outlined in the proposed five steps within this exception.

**Ex 3-4**

Board of Directors Minutes (2/13/14) — 5

Motion by Phil Harris, second by Tim Cook to **approve** the additional referendum items as presented.

Motion passed 9-0.

B. Approval of Honorees for the 2014 Naismith Memorial Basketball Hall of Fame Meritorious Service Awards (Northeast and Northwest Districts)
The OHSAA annually presents two Naismith Memorial Basketball Hall of Fame Meritorious Service Awards to individuals who have made significant contributions to interscholastic athletics in Ohio. Two of the six OHSAA District Athletic Boards make nominations to the Board of Directors on a rotating basis. The 2014 nominee from the Northeast District is Dale Gabor, one of Ohio's most accomplished athletic administrators at Cleveland St. Ignatius High School for 25 years before retiring from that position in 2008. He continues to teach and handle other administrative duties at St. Ignatius and since 2010 has served as the OHSAA's administrator for the sports of cross country and track & field. The 2014 nominee from the Northwest District is Jerry Sigler, who retired after 37 years as Sylvania Northview's girls basketball coach following the 2012-13 season. During that time he had a record of 675-177 to rank third all-time among Ohio's girls basketball coaches in career wins, and his teams won 18 league championships, seven district titles and made three state tournament appearances. The award winners will be honored during the 2014 OHSAA boys state basketball tournament.

Motion by Jim Borchik, second by Gary Kreinbrink to **approve** the nominations as presented.

Motion passed 9-0.

## VI. NEW BUSINESS (CONSENT)

A. Approval of 2014 Regional and State Baseball and Softball Tournament Draws
Assistant Commissioners Jerry Snodgrass and Roxanne Price conducted the draws for the 2014 regional and state baseball and softball tournaments, respectively. Jeff Noble of the Ohio High School Baseball Coaches Association drew the pills.

In baseball, regional sites are Canton Thurman Munson Stadium, Dublin Coffman High School, Bowling Green State University/Case Western Reserve University and the University of Cincinnati in Division I; The Ballpark at Hudson, Tiffin University, Zanesville Gant Municipal Stadium and Wright State University in Division II; Massillon Washington High School, Elida Middle School, Chillicothe Paints Stadium and Xenia Athletes in Action Stadium in Division III, and Lorain Pipe Yard, Hamler Patrick Henry High School, Lancaster Beavers Field and Springfield Davidson Stadium in Division IV. Regional semifinals will be Thursday, May 29, at 2:00 and 5:00 with regional finals Friday, May 30 at 5:00. The state tournaments will be held June 5, 6 and 7 at Huntington Park in Columbus. The Division IV state semifinals will be June 5 at 10:00 and 1:00 with the state finals June 7 at 10:00; the Division III state semifinals will be June 5 at 4:00 and 7:00 with the state finals June 7 at 1:00; the Division I state semifinals will be June 6 at 10:00 and 1:00 with the state finals June 7 at 4:00, and the Division II state semifinals will be June 6 at 4:00 and 7:00 with the state finals June 7 at 7:00.

In softball, regional sites are the University of Akron, Clyde High School, The Ohio State University in Columbus and Clayton Northmont High School in Division I; Akron Firestone Stadium, Bucyrus High School, Pickerington High School Central and Mason High School in Division II; Massillon Washington High School, Lancaster High School, Wright State University and a site to be determined in Division III, and Kent State University, The Cube in Findlay, Pickerington High School Central and Tipp City Tippecanoe Middle School in Division IV. Regional semifinals will be Wednesday and Thursday, May 28 and 29, with regional finals Saturday, May 31. The state tournaments will be held June 5, 6 and 7 at Firestone Stadium in Akron. The Division II state semifinals will be June 5 at 10:00 and 12:30 with the state finals June 7 at 10:00; the Division I state semifinals will be June 5 at 3:00 and 5:30 with the state finals June 7 at 1:00; the Division IV state semifinals will be June 6 at 10:00 and 12:30 with the state finals June 7 at 4:00, and the Division III state semifinals will be June 6 at 3:00 and 5:30 with the state finals June 7 at 7:00.

B. Approval of 2014 Spring Sports Tournament Regulations
The Board was provided copies of the 2014 tournament regulations in the sports of baseball, softball, boys tennis and track & field. The only changes made were to dates and to provide clarity to existing language.

C. Approval of 2014 Ethics and Integrity Award Recipient as Recommended by the SEI Committee
Assistant Commissioner Roxanne Price said the OHSAA Sportsmanship, Ethics and Integrity Committee recommended that basketball standout Katie Smith be the recipient of the Ethics and Integrity Award for 2014. Katie is one of the most successful female basketball players of all time whose career began at Logan High School and Ohio State, and last summer she completed a 17-year professional and international basketball career. She finished as the all-time leading scorer in women's professional basketball, which includes both the American Basketball League (ABL) and the WNBA, was voted as one of the WNBA's top 15 players of all time in 2011, was part of four ABL and WNBA championship teams and was on three U.S. Olympic Gold Medal winning basketball teams. She will be honored during the 2014 OHSAA state basketball tournaments.

**Ex 3-5**

**Board of Directors Minutes (2/13/14) — 6**

D. Approval of Revision to OHSAA Board of Directors Meeting Schedule
Commissioner Dan Ross provided the Board with a recommendation to reduce the annual number of Board of Directors meetings from nine to five at the OHSAA Office. The Thursday dates in 2014-15 will be August 14, October 16, January 22, April 16 and June 4. Additional meetings may be held during the state football finals in December and the boys state basketball tournament in March.

E. Acceptance of Retirement of OHSAA Administrative Assistant Kim Zaborniak
Commissioner Dan Ross informed the Board that he has received a letter of retirement from Administrative Assistant Kim Zaborniak, effective February 14, 2014, and he asked the Board to accept her retirement. Ms. Zaborniak has provided over 33 years of support in the officiating department and has also provided assistance for the sports of football and wrestling.

Motion by Phil Harris, second by Bret Mavis to **approve** New Business Consent Items VI. A., VI. B., VI. C., VI. D. and VI. E. as presented.

Motion passed 9-0.

**VII. Additional New Business**

None

**VIII. APPEALS**

Appeals involving eligibility decisions affecting student participation are heard by the OHSAA Appeals Panel rather than the OHSAA Board of Directors per Constitution Article 5-6-1, Powers and Duties of the Board of Directors. The change in the Constitution permits the Board to appoint an appeals panel, and the Board reauthorized the use of such a panel at its June 13, 2013, meeting. The procedures to appeal student eligibility decisions and the dates for appeals before the OHSAA Appeals Panel are posted on the OHSAA website (ohsaa.org). No appeals were head by the Board at this meeting.

**IX. DISCUSSION ITEMS**

A. Dick Kerschbaum of the Ohio High School Football Coaches Association provided a review of the coaches association's state clinic and banquet that were recently held.

B. OHSAA staff members reminded the Board of upcoming winter state tournaments and reviewed procedures for Board members to gain entrance.

Motion by Beth Hill, second by Mark Knapp to adjourn the meeting at 10:39 a.m.

Motion passed 9-0.

Bob Goldring, recorder.

**FUTURE MEETINGS**
**(All meetings on Thursdays in the OHSAA Board Room at 9:00 a.m. unless otherwise stated.)**
**2013-14 School Year:** April 10, May 15 and June 5.
**2014-15 School Year (Revised 2-13-14):** August 14, October 16, January 22, April 16 and June 4.
**2015-16 School Year:** August Date TBA, October Date TBA; January Date TBA, April Date TBA and June 2.

**Ex 3-6**

The following are the preliminary minutes from the April 10, 2014, OHSAA Board of Directors Meeting. The Board is expected to officially approve them at its May 15, 2014, meeting.

# OHSAA BOARD OF DIRECTORS MINUTES
## (April 10, 2014)

The Ohio High School Athletic Association Board of Directors held a regularly scheduled meeting at the OHSAA office in Columbus on April 10, 2014. President Mark Knapp called the meeting to order at 9:00 a.m.

The meeting was opened with a prayer led by Jim Borchik and was followed by the Pledge of Allegiance led by Beth Hill.

**Board Members Present:** Mark Knapp, president; Beth Hill, vice president; Phil Ackerman; Jim Borchik; Tim Cook; Phil Harris; Gary Kreinbrink; Bret Mavis; Jonas L. Smith; Bruce Brown (ex-officio), and Jeremy Marks (ex-officio).

**Administrative Staff Members Present:** Dan Ross, commissioner; Bob Goldring and Deborah B. Moore, associate commissioners; Jeff Jordan, chief financial officer; Steve Neil; Roxanne Price and Jerry Snodgrass, assistant commissioners, and Tim Stried, director of information services.

**Administrative Staff Member Excused:** Beau Rugg, assistant commissioner.

**Others Attending:** Steve Craig, OHSAA legal counsel; Brenda Murray and Lauren Prochaska, OHSAA staff; Ryan Alexander and Tom Neubert, Ohio High School Baseball Coaches Association; John Feasel, Ohio High School Basketball Coaches Association; Mike Pavlansky and Dick Kerschbaum, Ohio High School Football Coaches Association; Kevin Smith and Casey Milligan, Ohio High School Golf Coaches Association; Andrea Sorg, Ohio High School Swimming & Diving Coaches Association; Scott Long, Ohio Tennis Coaches Association; Dugan Hill, Ohio Association of Track and Cross Country Coaches; Scott Taylor, Ohio High School Volleyball Coaches Association; Ken Baker, Ohio Association of Secondary School Administrators, and Scott Gerber.

**I. ADOPTION OF AGENDA**

Motion by Tim Cook, second by Jonas L. Smith to **adopt** the agenda as amended for the April 10, 2014, Board of Directors meeting.

Motion passed 9-0.

**II. APPROVAL OF MINUTES**

Motion by Jim Borchik, second by Beth Hill to **approve** the minutes from the February 13, 2014, Board of Directors Meeting.

Motion passed 9-0.

**III. FINANCIAL INFORMATION**

A. State Office Financial Report
Chief Financial Officer Jeff Jordan provided the financial reports for the OHSAA state office for February and March. The reports are summarized as follows:

| | |
|---|---:|
| Balance — January 31, 2014 | $407,302.58 |
| Receipts — February 2014 | 641,248.59 |
| | $1,048,551.17 |
| Disbursements — February 2014 | 748,678.69 |
| | $299,872.48 |
| Accounted for as follows: | |
| Checking Account Balance per 5/3 Bank (2/28/14) | $411,066.48 |
| | $411,066.48 |
| Less Outstanding Checks | 111,194.00 |
| Balance — February 28, 2014 | $299,872.48 |
| Available Funds — February 28, 2014 | |
| Bank Balance | $299,872.48 |
| Savings Account — February 28, 2014 | 536,520.91 |
| Minus Budget Stabilization | (800,000.00) |
| Working Capital | $36,393.39 |
| Designated Funds | |
| Budget Stabilization | $800,000.00 |
| Board Designated Reserve — February 28, 2014 | 440,141.61 |
| Building Fund — February 28, 2014 | 305,253.13 |
| Total Designated Funds | $1,545,394.74 |

(1)



EXHIBIT
4

**Board of Directors Minutes (4/10/14) — 2**

| | |
|---|---|
| Balance — February 28, 2014 | $299,872.48 |
| Receipts — March 2014 | 1,534,094.52 |
| | $1,833,094.52 |
| Disbursements — March 2014 | 642,450.84 |
| | $1,190,643.68 |
| Accounted for as follows: | |
| Checking Account Balance per 5/3 Bank (3/31/14) | $1,488,652.91 |
| | $1,488,652.91 |
| Less Outstanding Checks | 297,009.23 |
| Balance — March 31, 2014 | $1,191,643.68 |
| Available Funds — March 31, 2014 | |
| Bank Balance | $1,191,643.68 |
| Savings Account — March 31, 2014 | 536,520.91 |
| Minus Budget Stabilization | (800,000.00) |
| Working Capital | $928,164.59 |
| Designated Funds | |
| Budget Stabilization | $800,000.00 |
| Board Designated Reserve — March 31, 2014 | 440,218.52 |
| Building Fund — March 31, 2014 | 305,253.13 |
| Total Designated Funds | $1,545,471.65 |

B. <u>District Athletic Boards Financial Report</u>
Chief Financial Officer Jeff Jordan provided the Board with the financial report for the six district athletic boards through February. The report is summarized as follows:

| District | Checking | Savings | CD | Total Cash | Yr. to Date Gross Revenue | Yr. to Date Gross Expenses | Yr. to Date Net Profit/Loss |
|---|---|---|---|---|---|---|---|
| Central | $63,055 | $146,162 | $0 | $209,217 | $239,371 | $233,177 | $16,194 |
| East | $96,607 | $0 | $50,215 | $146,822 | $58,000 | $93,587 | — $35,587 |
| Northeast | $288,398 | $7,415 | $111,489 | $407,302 | $476,693 | $353,677 | $123,016 |
| Northwest | $87,861 | $0 | $0 | $87,861 | $249,537 | $345,575 | — $96,038 |
| Southeast | $7,174 | $38,456 | $198,492 | $244,122 | $61,054 | $62,888 | — $1,834 |
| Southwest | $91,759 | $151,441 | $167,871 | $411,071 | $385,643 | $497,081 | — $111,438 |
| Totals | $634,854 | $343,474 | $528,067 | $1,506,395 | $1,470,298 | $1,585,985 | — $105,687 |

C. <u>2013 Fall Sports Tournaments Financial Reports</u>
Chief Financial Officer Jeff Jordan reviewed the financial reports for the 2013 regional and state football and cross country tournaments. The net profit or loss for those two sports during the past five years follows:

| Tournament | 2013 Net | 2012 Net | 2011 Net | 2010 Net | 2009 Net |
|---|---|---|---|---|---|
| state football | + $81,327.86 | + $188,660.69 | + $385,456.56 | + $188,740.42 | + $299,621.86 |
| regional football | + $1,262,719.21 | + $1,200,488.60 | + $1,398,561.33 | + $1,379,057.28 | + $1,757,993.26 |
| total football* | + $1,333,874.55 | + $1,383,173.00 | + $1,762,295.83 | + $1,562,009.39 | + $2,052,435.54 |
| state cross country | + $27,008.93 | + 18,580.46 | + $19,187.55 | + $29,139.30 | + $34,544.81 |
| regional cross country | — $56,235.00 | — $56,065.64 | — $55,611.31 | — $54,415.13 | — $53,653.38 |
| total cross country* | — $42,150.08 | — $50,193.18 | — $49,707.51 | — $37,490.83 | — $30,972.57 |

\* includes all tournament expenses paid by the OHSAA office

D. <u>Approval of Audit Report for 2012-13/Extension of Filing IRS Form 990</u>
Chief Financial Officer Jeff Jordan reviewed the 2012-13 OHSAA audit that was prepared by representatives of Schneider Downs of Columbus. The audit included the OHSAA office and the six District Athletic Boards from August 1, 2012, to July 31, 2013. Mr. Jordan noted that the audit included an unqualified opinion, the best that can be received. He thanked the finance and accounting staff, which includes Todd Boehm, Andrea Reich and the six OHSAA District Athletic Board treasurers, for their work in helping achieve this opinion. Mr. Jordan also said that an extension has been filed again this year to submit IRS Form 990 and that the form is being completed by  Schneider Downs.

E. <u>Authorization of OHSAA to Transfer Funds to Fifth Third Bank re: OHSAA Defined Benefit Plan</u>
Chief Financial Officer Jeff Jordan requested that the Board authorize the Commissioner's Office to transfer the funds of the OHSAA's defined benefit plan to Fifth Third Bank.

Motion by Phil Ackerman, second by Bret Mavis to **approve** the financial and audit reports as presented.

Motion passed 9-0.

## IV. INFORMATION ITEMS

A. <u>Winter Sports Proposals</u>
Coaches associations from the winter sports were provided the opportunity to make proposals, which will be acted upon at the June 5 Board of Directors meeting. Proposals were presented in the sport of swimming and diving.

**Board of Directors Minutes (4/10/14) — 3**

Swimming and Diving
The Ohio High School Swimming and Diving Coaches Association had four proposals: 1.) That sectional tournament entries be consistent, which would be at noon on the Monday of the week of the tournament; 2.) that psych sheets be published by 6:00 p.m. on the Wednesday of sectional tournaments; 3.) that all sectional and district tournament results be posted real time via Meet Mobile and eDive, and 4.) that all district tournaments be conducted in a uniform schedule with Division II competition on Friday and Division I on Saturday. Andrea Sorg represented the coaches association.

B. Minutes of the 7th-8th Grade Committee Meeting of March 5, 2014
The Board of Directors was presented the minutes of the 7th-8th Grade Committee Meeting of March 5, 2014, and board member Bret Mavis reviewed the highlights. He said the committee continues to send quarterly email blasts to member schools, which the membership appreciates. The committee reviewed the first OHSAA 7th-8th Grade Cross Country Invitational that was held last fall. Over 900 participants and 1,400 spectators were involved, and the 2014 date is October 18 at Reynoldsburg. The committee is discussing expanding tournaments to other sports. In addition, the committee reviewed recent Board of Directors action. The committee will meet again on May 7.

C. Minutes of the Diversity Committee Meeting of March 31, 2014
The Board was provided the minutes of the meeting of the OHSAA Diversity Committee of March 31, 2014, and Assistant Commissioner Steve Neil reviewed the highlights. He said Commissioner Dan Ross reviewed the OHSAA Competitive Balance proposal and provided other updates on Association Issues. Mr. Neil said the committee also readdressed procedures for ensuring diversity as it relates to officiating. Jonathan Ross reviewed a program in Central Ohio called "Stripes," which is dedicated to introducing diversity in officiating through officials' development. Mr. Neil said future diversity areas to address includes students and administrators. The next meeting of the committee will be held in August or September.

D. Review of the OHSAA Foundation Board of Trustees Meeting of March 6, 2014
The Board was provided an update from the OHSAA Foundation Board of Trustees Meeting of March 6, 2014, from Commissioner Dan Ross. He said the trustees discussed the 2014 Student Leadership Conference, which will be held Oct. 7 at the Ohio Union on the campus of The Ohio State University in Columbus. Harvey Alston will again be organizing the event, which will have a maximum capacity of 1,500.

E. Review of Board of Directors Approval of Additional Referendum Item and of an Action Item in March
Last month, the Board approved an additional referendum item at a special conference call meeting and took action on another recommendation at its special meeting of March 21, 2014. Regarding the additional referendum item, the Board last month unanimously approved a Competitive Balance Plan that makes modifications on how schools are placed in tournaments in team sports. The plan was recommended by a 27-member Competitive Balance Committee and is similar to the proposal that member schools voted upon last spring. Additional information on the plan has been sent to the membership and will be reviewed at the four OHSAA Town Hall Meetings that will be held this month in Dayton, Cuyahoga Falls, Bluffton and Lancaster. The plan will be noted in proposed language changes to Bylaw 2, Classification and Organization.

On March 21, 2014, the Board unanimously approved a recommendation to recognize the Bucyrus Area Football Officials Association.

F. Update on NFHS Hall of Fame Inductee
Commissioner Dan Ross informed the Board that Katie Horstman has been selected to the National Federation of State High School Associations Hall of Fame in the "coach" category and will be inducted during ceremonies at the NFHS Summer Conference July 2 in Boston. Ms. Horstman is a Minster, Ohio, native who taught in Indiana for a year, then taught in Ohio and Indiana for six more years before returning home in 1972 to Minster. She taught for 25 years at Minster and began the school's sports program for girls. While there, Katie coached the Wildcats to nine OHSAA state championships (one in cross country and eight in track & field including five consecutive between 1976 and 1980), and her teams finished as state runners-up eight times (three in cross country, one in volleyball and four in track & field). Individually, 34 of her athletes won state track & field championships and one was the top placer in the state cross country finals. Katie has been inducted into five halls of fame in baseball and track & field along with the Ohio Women's Hall of Fame. She was in a scene of "A League of Their Own," a 1992 movie that was based on the All-American Girls Professional Baseball League, where Katie had an accomplished four-year career with the Fort Wayne Daisies beginning in 1951 when she was just 15. Katie continues to participate in clinics and raise funds for charities in the Los Angeles area and also returns to Minster each summer.

**Ex 4-3**

**Board of Directors Minutes (4/10/14) — 4**

G. Update on Staff Retirements/New Hires
Commissioner Dan Ross informed the Board that Administrative Assistant Sharon Shoemaker retired on April 4, 2014. Among Ms. Shoemaker's numerous duties over the past 28-plus years was to provide support for nearly every sport at the OHSAA. Since the beginning of the year, Ms. Shoemaker joins members Renee Moore and Kim Zaborniak as support staff members who have retired. Two of the vacancies on the staff have been filled by Program Coordinators Tyler Brooks and Emily Gates, both of whom are finishing graduate degrees in sport management at The Ohio State University. A search to replace Ms. Shoemaker is ongoing.

H. Update of OHSAA Infractions, Appeals and Legal Issues
The Board of Directors was provided with a list of schools that recently violated OHSAA bylaws or sports regulations. **Mt. Gilead High School** had a student-athlete in boys varsity bowling violate Bylaw 4-3-1, Enrollment and Attendance. In accordance with Bylaw 10-2-1, Forfeitures, the school must forfeit four victorious contests in which the ineligible student participated. **Cleveland Heights Lutheran East High School** violated Bylaw 4-9-3, Mass Marketing, when it mailed open house information directly to students by name. In accordance with Bylaw 11, Penalties, the Commissioner's Office has fined the school $175. **Millersburg West Holmes High School** had two student-athletes in boys junior varsity basketball violate Bylaw 4-4-1, Scholarship. In accordance with Bylaw 10-2-1, Forfeitures, the school must forfeit two victorious junior varsity contests in which the ineligible students participated. **Celina High School** had a student-athlete in junior varsity football violate Bylaw 4-7-2, Transfer. In accordance with Bylaw 10-2-1, Forfeitures, the school must forfeit five victorious junior varsity contests in which the ineligible student participated. A student-athlete transferred to **Medina High School** in accordance with Bylaw 4-7-2, Exception 1, Transfers. However, Medina failed to obtain a transfer ruling and supply an accurately completed Affidavit of Bona Fide Residence prior to the student's participation. Upon receipt of the accurately completed Affidavit of Bona Fide Residence, the OHSAA has restored eligibility for the student retroactively and prospectively. It has been determined that the student was compelled to transfer as a result of the move. Also, the Affidavit attests that the family plans to make the home their bona fide residence for at least one year from the date of the OHSAA's ruling, and the Commissioner's Office reminded the school that its administrators have a duty to continually monitor the residential change. In accordance with Bylaw 4-1-1, Administrative Error, Medina High School has been fined $100. **Mansfield Senior High School** had a student-athlete in boys varsity basketball violate Bylaw 4-4-1, Scholarship. In accordance with Bylaw 10-2-1, Forfeitures, the school must forfeit a victorious contest in which the ineligible students participated. **North Royalton Middle School** had a student-athlete in boys basketball violate Bylaw 4-4-5, Scholarship. In accordance with Bylaw 10-2-1, Forfeitures, the school must forfeit four victorious contests in which the ineligible students participated.

Staff member Lauren Prochaska provided the Board with an update on the 43 appeals that have been heard by the OHSAA Appeals Panel since August. Fifteen appeals have been granted by the panel this school year and the majority of the appeals have dealt with the transfer bylaw. In addition, Steve Craig, the OHSAA's legal counsel, provided the Board with an update on cases that are in litigation.

**V. OLD BUSINESS**

A. Fall Sports Proposals
Coaches associations in fall sports had the opportunity to present proposals for changes in their sports in January and February. Proposals were made in the sports of tennis and volleyball.
Tennis
The Ohio Tennis Coaches Association made three proposals:
1.) Contests are permitted to begin on the Friday prior to the currently scheduled Monday start date (for 2014-15: girls begin August 8 rather than August 11; boys begin on March 27 rather than March 30).

Motion by Tim Cook, second by Gary Kreinbrink to **approve** the proposal as presented.

Motion passed 9-0.

2.) Increase the number of matches permitted to 22 from 20 (and permit an increase in the maximum number of tournaments permitted per season to four from three).

Motion by Jonas L. Smith, second by Jim Borchik to **approve** the proposal as presented.

Motion passed 9-0.

3.) Provide coaches the option of using a third set tie-breaker to 10 points when the match has been decided and both coaches mutually agree. Scott Long represented the coaches association.

Motion by Phil Ackerman, second by Phil Harris to **approve** the proposal as presented.

Motion passed 9-0.

**Ex 4-4**

**Board of Directors Minutes (4/10/14) — 5**

Volleyball
The Ohio High School Volleyball Coaches Association made the following recommendation: Permit varsity tri-matches to be contested in the best 3-out-of-5 format if agreed upon in advance in the game contract(s).

Motion by Phil Harris, second by Bret Mavis to **approve** the proposal.

Motion passed 9-0.

A proposal to increase the net height for 7th and 8th grade competition to 7-feet, 4 1/8-inches (the same as the height used for high school matches) was tabled in order for more surveying of the membership to be conducted. In addition, a proposal to modify warm-up procedures to ensure both teams are not serving across the net at the same time was tabled. Experiments using different formats will be conducted in the fall before a more specific recommendation is again brought forward.

## VI. NEW BUSINESS

A. Approval of Self-Supporting Requirements for 2014-15 School Year (Bylaw 4-7-2, Transfers, Exception 8)
OHSAA bylaws require that the Commissioner's Office annually establishes requirements for transfer students who do not live in the same school district as their parents or legal guardians but are financially self-supporting (Bylaw 4-7-2, Transfers, Exception 8). Associate Commissioner Deborah B. Moore reviewed the requirements and said the staff recommended that the requirements remain the same as those approved for the 2013-14 school year, with the minimum monthly income earned remaining at $500.

Motion by Tim Cook, second by Jonas L. Smith to **approve** the requirements for 2014-15.

Motion passed 9-0.

B. Approval of Transfer of Marion Harding from Northwest District to Central District
An original member of the Central District, Marion Harding High School requested and was approved by the OHSAA Board of Directors as a member of the Northwest District beginning with the 2003-04 school year due to the fact that its conference opponents were in the Northwest District. Now that its current conference opponents are mostly located in the Central District, Marion Harding has requested to transfer back to the Central District. The Northwest and Central District Athletic Boards have already approved the transfer.

Motion by Beth Hill, second by Phil Harris to **approve** the request.

Motion passed 9-0.

C. Approval of Resolution of Partnership with Priv-IT to Provide Electronic Preparticipation Physical Examination Form
Commissioner Dan Ross asked the Board of Directors to approve the OHSAA/Ohio State Medical Association Joint Advisory Committee on Sports Medicine's recommendation that the OHSAA enter into a partnership with Priv-IT to provide an electronic preparticipation physical examination form for a period of five years. There would be no cost to the OHSAA, member schools or student-athletes to use the form. Upon completion of the e-PEE, the forms will be printed and take to the student-athlete's physical examination. Another benefit of the e-PPE is that it produces a summary of a student-athlete's medical history. The Joint Advisory Committee on Sport Medicine believes use of the form represents the best medical practice. The form is expected to be ready by May 1, and further information will be forthcoming.

A resolution on the partnership is as follows:

Whereas, embedded in the stated purpose of the OHSAA is the fact of primary concern for the member schools of the Association is the safety and health of the participating student-athletes, and

Whereas, one of the standing committees formed by the OHSAA is the Joint Advisory Committee on Sports Medicine, first assembled in 1962, whose purpose is to advise the OHSAA on matters of health and safety relative to participating student-athletes, and

Whereas, in furtherance of the Joint Advisory Committee on Sport Medicine's recommendation, the Commissioner's Office of the OHSAA engaged in further negotiations relative to proceeding with this program,

Now Therefore, Be It Resolved that the OHSAA Board of Directors authorizes the Commissioner's Office to enter into a partnership with Priv-IT for a period no less than five (5) years for the electronic recording, storing and retrieval of medical information of student-athletes (electronic PPE), provided that this partnership does not increase the cost of said pre-participation physical exams (or the related storage or retrieval of information) to the OHSAA or its member schools and so long as the program remains compliant with all HIPPA, FERPA and other health/education related privacy laws.

**Ex 4-5**

**Board of Directors Minutes (4/10/14) — 6**

Motion by Tim Cook, second by Phil Ackerman to **approve** the resolution as presented.

Motion passed 9-0.

**VII. Additional New Business**

None

**VIII. APPEALS**

Appeals involving eligibility decisions affecting student participation are heard by the OHSAA Appeals Panel rather than the OHSAA Board of Directors per Constitution Article 5-6-1, Powers and Duties of the Board of Directors. The change in the Constitution permits the Board to appoint an appeals panel, and the Board reauthorized the use of such a panel at its June 13, 2013, meeting. The procedures to appeal student eligibility decisions and the dates for appeals before the OHSAA Appeals Panel are posted on the OHSAA website (ohsaa.org). No appeals were heard by the Board at this meeting.

**IX. DISCUSSION ITEMS**

None

Motion by Bret Mavis, second by Mark Knapp to adjourn the meeting at 10:10 a.m.

Motion passed 9-0.

Bob Goldring, recorder.

**FUTURE MEETINGS**
**(All meetings on Thursdays in the OHSAA Board Room at 9:00 a.m. unless otherwise stated.)**
**2013-14 School Year:** May 15 and June 5.
**2014-15 School Year (Revised 2-13-14):** August 14, October 16, January 22, April 16 and June 4.
**2015-16 School Year:** August Date TBA, October Date TBA; January Date TBA, April Date TBA and June 2.



**THE SUMMIT**

COUNTRY DAY SCHOOL

### Individualized Achievement Plan (IAP)

Student's Name: <u>Chuck Steines</u>      Original date: <u>15 Sept 2014</u>
                                        Revised date:

Identification of Problem:

> 1. Attention-Deficit/Hyperactivity Disorder

Action Plan/Accommodations:

> 1. Inclusion in the Resource program
> 2. Extended time on all school based assessments and standardized exams
> 3. Tests should be administered in a distraction free environment
> 4. Preferential seating closer to the point of instruction
> 5. Continue the use of psycho-stimulant medication

Counselor: <u>Michael Fee, Ph.D.</u>          Date: <u>9/15/2014</u>

US Head: <u>Jack von Handorf</u>             Date: <u>9/15/2014</u>

**EXHIBIT**
**5**

Steines_000444

*Pam*

# SP Services Plan

THIS SERVICES PLAN WILL BE IMPLEMENTED DURING THE REGULAR SCHOOL TERM UNLESS NOTED IN GENERAL FACTORS

## CHILD'S INFORMATION

NAME: Charles Steines           ID NUMBER: ▮▮▮

STREET: 930 Apple Blossom Dr      GENDER:   M      GRADE: 08

CITY: Villa Hills               STATE:  KY    ZIP:   41017

DATE OF BIRTH: ▮▮▮            AGE:  14

DISTRICT OF RESIDENCE:          COUNTY OF RESIDENCE:

DISTRICT OF SERVICE:

Is the child a ward of the state?                YES ☐   NO ☐

If yes, provide the name of the surrogate parent:

## PARENTS' / GUARDIAN INFORMATION

NAME:  Ann Steines

STREET: 930 Apple Blossom Dr

CITY: Villa Hills               STATE:  KY   ZIP:    41017

HOME PHONE:   (859) 426-1124    WORK PHONE:

CELL PHONE:                     EMAIL:

NAME:

STREET:

CITY:                          STATE:     ZIP:

HOME PHONE:                     WORK PHONE:

CELL PHONE:                     EMAIL:

NAME:

STREET:

CITY:                          STATE:     ZIP:

HOME PHONE:                     WORK PHONE:

CELL PHONE:                     EMAIL:

## OTHER INFORMATION:

## MEETING INFORMATION

MEETING TYPE:

Initial ISP

MEETING DATE:

09/17/2013

### SERVICES PLAN TIME LINES

SERVICES PLAN EFFECTIVE DATES

START:  09/17/2013

END:  09/16/2014

NEXT SERVICES PLAN REVIEW:  09/16/2014

### COMPLIANCE TIMELINES

ETR COMPLETION DATE:  06/10/11

NEXT ETR DUE DATE:  06/09/14

LAST SP START DATE:  09/24/12

LAST SP END:  09/23/13

LAST SP REVIEW:  09/23/13

**Ex 5-2**

**Steines_000445**

| SP   Services Plan | CHILD'S NAME: Charles Steines |
|---|---|

**① MEASURABLE ANNUAL GOALS**

NUMBER: _____8_____          AREA: Language Arts

**PRESENT LEVEL OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE**

Chuck enjoys writing about topics of his choice.  Although written expression is an area of relative strength for Chuck, his challenges in fine motor, processing speed and attention impact his academic writing.

On a recent class wide 5 minute timed writing, Chuck wrote 82 correct word sequence ( includes number of words expressed, spelling, punctuation) with two errors conventions.  The Villa 8th grade class median for the timed writing was 79.2.  This is an improvement from his 7th grade writing sample.  His score was 65, and the seventh grade median was 96 correct word sequence.

Chuck benefits from clear directions for writing assignments. Whenever possible, it will be helpful to Chuck to receive directions in a visual as well as auditory presentation.  He needs extra time to do his best work

Chuck has made great progress with his use of technology.  He should be allowed to use his laptop for all written work.

**MEASURABLE ANNUAL GOAL**

Chuck will increase  mastery of the writing process.  He will engage in the major phases of the writing process including the phases of prewriting (and using writing organizers - e.g., Venn Diagrams), drafting, revising, editing and publishing and demonstrate his understanding of passages using details to support extended response style questions.

**METHOD  FOR  MEASURING  THE  CHILD'S  PROGRESS  TOWARDS  ANNUAL GOAL**

- Curriculum Based Assessment
- Portfolios
- Observation
- Anecdotal Records
- Short-Cycle Assessments
- Performance Assessments
- Checklists
- Running Records
- Work Samples
- Inventories
- Rubrics

**MEASURABLE OBJECTIVES**

| NUM | OBJECTIVE |
|---|---|
| a. | Chuck will clearly organize his ideas before he writes for an academically assigned writing assignment in 4 out of 5 probes measured by  the end of the service plan year. |
| b. | Chuck will improve grammar and punctuation by demonstrating his ability to use of writing conventions in 4 out of 5 writing probes measured by the end of the service plan year. |
| c. | Chuck  will independently apply tools  (e.g., rubrics, checklists, work samples or feedback) to improve his writing in 4 out of 5 probes measured by the end of the service plan year. |
| d. | When answering an extended response question, Chuck will provide examples and/or elaborate to support his ideas in 4  out of 5 probes measured each trimester. |

**METHOD AND FREQUENCY FOR REPORTING THE CHILD'S PROGRESS TO PARENTS**

☑ Written report   ☐ Email  ☐ Phone call  ☐ Journal entry  ☐ Other _____  Reported every _____ weeks

☑ The child's progress will be reported to the child's parents each time report cards are issued

*Note: Interim Progress Reports must be provided to parents of a child with a disability at least as often as report cards are issued to all children. If the district provides interim reports to all children, progress reports must be provided to all parents of a child with a disability.*

**Ex 5-3**

Steines_000446

| **SP** Services Plan | CHILD'S NAME: Charles Steines |
|---|---|

**① MEASURABLE ANNUAL GOALS**

NUMBER: 2      AREA: Reading

**PRESENT LEVEL OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE**

Chuck is in the eighth grade and a second year student at St Ursula Villa. His previous school placement was a private school specially designed for students with learning disabilities. Some of Chuck's many assets include a positive attitude towards learning and a positive support system at home. He responds well to routine and relates well to adults and peers. Areas of difficulty include challenges in working memory and attention controls which have an impact on Chuck's understanding and ability to respond to multiple ideas/concepts. On a recent educational evaluation, Chuck's reading skills measured in the average range on several measures. He scored 94 on the WJIII with fluency lower (89) and comprehension higher (103). The GORT scored a total reading quotient of 103 with rate and accuracy average and comprehension a bit higher. On his most recent group administered group administered standardized test, his reading score was in the 77th percentile and vocabulary was in the 69th. On occasion in the classroom, Chuck seems to have difficulty working up to the ability he demonstrates on standardized tests. He often requires scaffolding techniques and more repetition than his peers in order to learn new information and solve problems that involve a great deal of language.

On a recent Qualitative Reading Inventory, Chuck read a 20 word list of upper middle school words with 90% accuracy which measured at an independent level. Before reading an expository passage about immigration, Chuck's familiarity of the topic was measured at 41%. Chuck read the passage in 124 correct words per minute with two decoding errors. After reading, Chuck answered 2/5 explicit and 3/5 implicit questions correctly. His score of 5/10 measured at a frustration level. When provided with extended time and allowed to look back at the text, Chuck answered all 10 questions correctly. This assessment demonstrates that Chuck needs available resources and extended time to demonstrate his comprehension.

**MEASURABLE ANNUAL GOAL**

Chuck will use a wide variety of strategies to comprehend, interpret and evaluate eighth grade level text (when read aloud or independently).

**METHOD FOR MEASURING THE CHILD'S PROGRESS TOWARDS ANNUAL GOAL**

- Curriculum Based Assessment
- Portfolios
- Observation
- Anecdotal Records
- Short-Cycle Assessments
- Performance Assessments
- Checklists
- Running Records
- Work Samples
- Inventories
- Rubrics

**MEASURABLE OBJECTIVES**

| NUM | OBJECTIVE |
|---|---|
| a | Chuck will apply effective reading comprehension strategies including: summarizing using graphic organizers, note taking, making predictions, using informational text across subject areas. |
| b | Chuck will accurately identify and apply literature elements in an extended response format in 5 out of 6 probes measured by the end of the service plan year. |
| c | Chuck will use visual organizers to correctly sort information he listens or reads in 5 out of 6 probes measured by the end of the service plan year. |
| | |

**METHOD AND FREQUENCY FOR REPORTING THE CHILD'S PROGRESS TO PARENTS**

☑ Written report ☐ Email ☐ Phone call ☐ Journal entry ☐ Other _____ Reported every ☐ weeks

☑ The child's progress will be reported to the child's parents each time report cards are issued

*Note: Interim Progress Reports must be provided to parents of a child with a disability at least as often as report cards are issued to all children. If the district provides interim reports to all children, progress reports must be provided to all parents of a child with a disability.*

**Ex 5-4**

Steines_000447

## SP Services Plan

CHILD'S NAME: Charles Steines
ID Number: ▉▉▉▉

Meeting Date: 09/17/13

 **2.1** DESCRIPTION(S) OF SPECIALLY DESIGNED SERVICES

Specially Designed Instruction, Related Services, Assistive Technology

SP Start Date: 09/17/13     SP End Date: 09/16/14

| TYPE OF SERVICE | | | Goal(s) | PROVIDER TITLE | LOCATION OF SERVICE | |
|---|---|---|---|---|---|---|
| Specially Designed Inst. | | | | Intervention Specialist | General Education Classroom | |
| direct instruction of strategies to aid in reading and writing skills | | | 1 & 2 | | | |
| **Begin** | 09/17/2013 | **End** | 09/16/2014 | **Amount Time (minutes)** | 90 | **Frequency** | Weekly |

| TYPE OF SERVICE | | | Goal(s) | PROVIDER TITLE | LOCATION OF SERVICE | |
|---|---|---|---|---|---|---|
| | | | | | | |
| **Begin** | | **End** | | **Amount Time (minutes)** | | **Frequency** | |

| TYPE OF SERVICE | | | Goal(s) | PROVIDER TITLE | LOCATION OF SERVICE | |
|---|---|---|---|---|---|---|
| | | | | | | |
| **Begin** | | **End** | | **Amount Time (minutes)** | | **Frequency** | |

| TYPE OF SERVICE | | | Goal(s) | PROVIDER TITLE | LOCATION OF SERVICE | |
|---|---|---|---|---|---|---|
| | | | | | | |
| **Begin** | | **End** | | **Amount Time (minutes)** | | **Frequency** | |

| TYPE OF SERVICE | | | Goal(s) | PROVIDER TITLE | LOCATION OF SERVICE | |
|---|---|---|---|---|---|---|
| | | | | | | |
| **Begin** | | **End** | | **Amount Time (minutes)** | | **Frequency** | |

**Ex 5-5**

Steines_000448

## SP Services Plan

CHILD'S NAME: Charles Steines

ID:  ▮▮▮▮▮     Meeting Date:

### 2.2 DESCRIPTION(S) OF SPECIALLY DESIGNED SERVICES
Accommodations, Modifications

SP Start Date: ___09/24/2012___   SP End Date: ___09/23/2013___

| TYPE OF SERVICE | | | PROVIDER TITLE | LOCATION OF SERVICE |
|---|---|---|---|---|
| Accommodations | | | Intervention Specialist | General Education Classroom |
| see St Ursula Villa accommodation plan. | | | | |
| **Begin** 09/17/2013 | **End** | 09/16/2014 | | |

| TYPE OF SERVICE | | | PROVIDER TITLE | LOCATION OF SERVICE |
|---|---|---|---|---|
| | | | | |
| **Begin** | **End** | | | |

| TYPE OF SERVICE | | | PROVIDER TITLE | LOCATION OF SERVICE |
|---|---|---|---|---|
| | | | | |
| **Begin** | **End** | | | |

| TYPE OF SERVICE | | | PROVIDER TITLE | LOCATION OF SERVICE |
|---|---|---|---|---|
| | | | | |
| **Begin** | **End** | | | |

| TYPE OF SERVICE | | | PROVIDER TITLE | LOCATION OF SERVICE |
|---|---|---|---|---|
| | | | | |
| **Begin** | **End** | | | |

**Ex 5-6**

PR-07 IEP Form Revised by ODE April 3, 2009

Page ____ of ____

**Steines_000449**

| **SP** Services Plan | | CHILD'S NAME: Charles Steines | |
|---|---|---|---|
| | | ID Number: ▮▮▮▮▮ | Meeting Date: 09/17/13 |

### 3  STATEWIDE AND DISTRICT WIDE TESTING

What overall method of assessment will be used for state and/or district testing: Standard with accommodations

For each subject tested in the child's grade, choose the method of assessment below. If "With Accommodations" is chosen for any subject, provide a description of the accommodation for each subject in the "Detail of Accommodations" column.
If **Alternate Assessment** if chosen, justify the choice for Alternate Assessment and address why it is appropriate.

| AREA | GRADE | CHILD WILL BE TESTED: | | DETAIL OF ACCOMMODATIONS | |
|---|---|---|---|---|---|
| READING | 8 | ☑ WITH ACCOMMD | Extended time | | |
| | | | Small group | | |
| | | ☐ WITHOUT ACCOMMD | | | |
| | | | | | |
| | | | Other: | | |
| WRITING | 8 | ☑ WITH ACCOMMD | Extended time | | |
| | | | Small group | | |
| | | ☐ WITHOUT ACCOMMD | Read aloud | | |
| | | | | | |
| | | | Other: | | |
| MATH | 8 | ☑ WITH ACCOMMD | Small group | | |
| | | | Extended time | | |
| | | ☐ WITHOUT ACCOMMD | Read aloud | | |
| | | | | | |
| | | | Other: | | |
| SCIENCE | 8 | ☑ WITH ACCOMMD | Small group | | |
| | | | Extended time | | |
| | | ☐ WITHOUT ACCOMMD | Read aloud | | |
| | | | | | |
| | | | Other: | | |
| SOCIAL STUDIES | 8 | ☑ WITH ACCOMMD | Small group | | |
| | | | Extended time | | |
| | | ☐ WITHOUT ACCOMMD | Read aloud | | |
| | | | | | |
| | | | Other: | | |
| OTHER | | ☐ WITH ACCOMMD | | | |
| | | ☐ WITHOUT ACCOMMD | Other: | | |

Is the child to be excused from the consequences of not passing the Ohio Graduation Test (OGT)?   ☐ YES   ☐ NO   ☑ NA
If YES, provide the following information:

The child is completing a curriculum that is significantly different than the curriculum completed by other children required to take the test.   ☐ YES   ☐ NO

The child requires accommodations that are beyond the accommodations allowed for children taking the state test.   ☐ YES   ☐ NO

The child is excused from the consequences of not passing the OGT in the following subjects:
☐ Reading   ☐ Mathematics   ☐ Writing   ☐ Social Studies   ☐ Science

Has the student met the OGT Testing Requirement?   ☐ YES   ☐ NO       Date complete: [          ]

**Ex 5-7**

Steines_000450

| SP Services Plan | CHILD'S NAME: Charles Steines |
| --- | --- |

**④ MEETING PARTICIPANTS**

THIS IEP MEETING WAS:

☑ Face-to-Face Meeting
☐ Video Conference
☐ Telephone Conference/Conference Call
☐ Other

SP EFFECTIVE DATES

START: _____09/17/13_____

END: _____09/16/14_____

DATE OF NEXT SERVICES PLAN REVIEW: _____

**SP MEETING PARTICIPANTS**

THE FOLLOWING PEOPLE ATTENDED AND PARTICIPATED IN THE MEETING TO DEVELOP THIS SP

| POSITION | NAME | SIGNATURE |
| --- | --- | --- |
| Student* | | |
| Parent | Mr. Steines | |
| Parent | Mrs. Steines | |
| District Representative* | Andrea Patton | |
| Intervention Specialist* | Andrea Patton | |
| General Education Teacher* | Mary Lyn Blase | |
| Other Agency Representative | Pam Dillion | |
| school principal | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PEOPLE NOT IN ATTENDANCE WHO PROVIDED INFORMATION AND RECOMMENDATIONS**

| POSITION | NAME | SIGNATURE | DATE |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IF THE REGULAR EDUCATION TEACHER, INTERVENTION SPECIALIST, DISTRICT REPRESENTATIVE OR PERSON KNOWLEDGABLE ABOUT THE INSTRUCTIONAL IMPLICATIONS OF THE EVALUATION DATA HAVE SIGNED AS NOT IN ATTENDANCE AT THE SP MEETING, A WRITTEN EXCUSE MUST BE ON FILE*.

**Ex 5-8**

PAGE____of____

**Steines_000451**

| SP  Services Plan | CHILD'S NAME: Charles Steines | |
|---|---|---|
| | ID Number: ███████ | Meeting Date: 09/17/13 |

**5**  **SIGNATURES**

### INITIAL SP

☐ I give consent to initiate special education and related services specified in this SP.*

☐ I do not give consent for special education and related services at this time.**

☐ I give consent to initiate special education and related services specified in this SP except for **
AREA: _____
_____
_____

PARENTS' SIGNATURE: _____  DATE: _____

### ANNUAL REVIEW/REVIEW OTHER THAN ANNUAL REVIEW

☑ I agree with the implementation of this SP.*

☐ I revoke consent for all special education and related services.**

☐ I am signing to show my attendance/participation at the SP team meeting but I do not agree with the following special education and related services specified in this SP.**
AREA: _____
_____

PARENTS' SIGNATURE: _____ DATE: 9/17/13

* This SP serves as prior written notice if there is agreement .
**If there is not agreement or consent is revoked, the district must provide prior written notice to the parents.

### PROCEDURAL SAFEGUARDS NOTICE

A copy of the Procedural Safeguards Notice was given to the parents at the Services Plan Meeting.   YES ☑   NO ☐

IF NO, DATE SENT TO PARENTS: _____

### COPY OF THE SERVICES PLAN

A copy of the Services Plan was given to the parents at the Services Plan meeting.   YES ☑   NO ☐

IF NO, DATE SENT TO PARENTS: _____

| SchAge-NonPub by Parent-ISP |
|---|

**Ex 5-9**

Steines_000452



# Department of Student Services

Victoria G. Crook ★ Interim Director of Student Services
crookvi@cpsboe.k12.oh.us
Education Center ★ P. O. Box 5381 ★ Cincinnati, OH 45201-5381
Phone: 1-513-363-0300 ★ Fax: 363-0275

### Parent Notification of Scholarship Programs for Students with Disabilities

Your child may be eligible for a scholarship under the Autism Scholarship Program or the Jon Peterson Special Needs Scholarship Program to attend a special education program that implements the child's individualized education program and that is operated by an alternative public provider or by a registered private provider.

Information on scholarship are available from the Ohio Department of Education (ODE) website at www.education.ohio.gov.

- For information on the Autism Scholarship program, search
  *Autism Scholarship Program*

- For information on the Jon Peterson Special Needs Scholarship Program, search
  *Jon Peterson Scholarship*

For additional information or questions on these scholarship programs, contact:
    Office of Nonpublic Educational Options
    (614) 466-5743, Toll free: (877)644-6338
    Email: autismscholarship@education.ohio.gov
    Email: Peterson.scholarship@education.ohio.gov

Date received: ___9/17/13___   Parent Signature: X_____

                                CPS Signature: _____

**Ex 5-10**

**Steines_000453**



**THE SUMMIT**
COUNTRY DAY SCHOOL

25 March 2015

Mr. Michael Steines
930 Apple Blossom Drive
Villa Hills, KY 41017

Re: Request from OHSAA for IAP information

Dear Mr. Steines:

This is in response to your request for information about services Summit is providing to Charles "Chuck" Steines, Class of 2018.  Chuck is enrolled in the Summit Country Day Resource program afforded to students who are diagnosed with a disability and are in need to both accommodations and additional support.  Chuck does receive a number of supports, some of which are outlined on his Individualized Achievement Plan and some additional supports, which are not.

Among the assistance and accommodations Chuck receives are as follows:  extended time on all school based assessments and standardized exams, tests are administered in a distraction free environment outside the classroom, preferential seating closer to the point of instruction in the classroom, tests are read to him for clarification when needed,  and he is permitted to use his laptop for note taking. Furthermore, his Resource instructor provides Chuck with a seven day test preparation plan and a tutor was added for assistance with Biology.

Chuck will retain each of these supports for the 2015-16 school year.

Michael Fee
School Guidance Counselor
Summit Country Day School

**Ex 5-11**

**Steines_000454**